UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40127

EMPLOYERS INSURANCE COMPANY )
OF WAUSAU )
    Plaintiff, )
v. )
)
IACCARINO & SON, INC., R.W. GRANGER )
& SONS, INC., and KMD MECHANICAL )
CORPORATION )
    Defendants. )

### CORPORATE DISCLOSURE STATEMENT

In accordance with Local Rule 7.3(A), plaintiff Employers Insurance Company of Wausau ("Wausau") states that it is not publicly owned and its stock is not publicly traded. Wausau is owned by Liberty Mutual Insurance Company.

                    EMPLOYERS INSURANCE COMPANY OF WAUSAU

                    By its attorneys,

                    James E. Harvey, Jr./BBO #224920
                    James F. Brosnan/BBO #556678
                    O'MALLEY and HARVEY, LLP
                    Two Oliver Street, 9th Floor
                    Boston, MA  02109-4908
                    Tel: 617-357-5544
                    Fax: 617-204-3477