AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

EMPLOYERS INSURANCE COMPANY OF WAUSAU

v.

IACCARINO & SON, INC., R.W. GRANGER & SONS, INC., AND
KMD MECHANICAL CORPORATION

SUMMONS IN A CIVIL CASE

CASE NUMBER: **04-40127 FDS**

TO: (Name and address of defendant)

KMD Mechanical Corporation
310 Southwest Cut Off
Worcester, MA 01604

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John F. Brosnan, Esq.
O'Malley and Harvey, LLP
Two Oliver Street, 9th Floor
Boston, MA 02109-4908

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**

CLERK

_Sherry Jones_
(BY) DEPUTY CLERK

DATE: 7-6-04

This form was electronically produced by Elite Federal Forms, Inc.

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE: July 16, 2004 |
| NAME OF SERVER: BRIAN DOYLE | TITLE: Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to   MS. JENNIFER VARJIAN, SECRETARY AND
Duly Authorized Agent for the within-named   KMD MECHANICAL CORPORATION
Said service was made at:
310 SOUTHWEST CUT OFF, WORCESTER, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

SERVICE FEE  $ 51.00    Trips

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 16, 2004
Date

Signature of Server: Brian Doyle

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | | $ |
| | | TOTAL | $ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

**Suvalle, Jodrey & Associates**
**Massachusetts Constables since 1925**

One Devonshire Place
Boston, MA 02109

Telephone # (617) 720-5733
Fax # (617) 720-5737