AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF MASSACHUSETTS

EMPLOYERS INSURANCE COMPANY OF WAUSAU

v.

IACCARINO & SON, INC., R.W. GRANGER & SONS, INC., AND KMD MECHANICAL CORPORATION

SUMMONS IN A CIVIL CASE

CASE NUMBER: 04-40127FDS

TO: (Name and address of defendant)

Iaccarino & Son, Inc.
200 Shrewsbury Street, Route 140
Boylston, MA  01505

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John F. Brosnan, Esq.
O'Malley and Harvey, LLP
Two Oliver Street, 9th Floor
Boston, MA  02109-4908

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    7-6-04

CLERK                                           DATE

Sherry Jones
(BY) DEPUTY CLERK

This form was electronically produced by Elite Federal Forms, Inc.

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me (1) | DATE | July 16, 2004 |
|---|---|---|
| NAME OF SERVER: BRIAN DOYLE | TITLE | Process Server / A Disinterested Person |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left: _____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to __MS. JENNA GEDEES, SECRETARY AND__ Duly Authorized Agent for the within-named __IACCARINO & SON, INC.__

Said service was made at: __200 SHREWSBURY STREET, RTE. 140, BOYLSTON__, MASSACHUSETTS

## STATEMENT OF SERVICE FEES

| SERVICE FEE | $ 52.00 | Trips | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __July 16, 2004__

Signature of Server: [signed] Brian Doyle

Address of Server: One Devonshire Place, Boston, Massachusetts

**ADDITIONAL INFORMATION**

PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

Date    Time    Remarks

ALSO SERVED: COMPLAINT AND JURY DEMAND; CORPORATE DISCLOSURE STATEMENT; CIVIL ACTION COVER SHEET AND CIVIL CATEGORY SHEET.

FEE
$ ____
$ ____
$ ____
$ ____
$ ____
$ ____
TOTAL $ ____

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

**Suvalle, Jodrey & Associates**
Massachusetts Constables since 1925

One Devonshire Place
Boston, MA 02109

Telephone # (617) 720-5733
Fax # (617) 720-5737