UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40127-FDS

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU<br>    Plaintiff,<br>v.<br><br>IACCARINO & SON, INC., R.W. GRANGER & SONS, INC., and KMD MECHANICAL CORPORATION<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## LOCAL RULE 16.1(D) JOINT STATEMENT

**I. INTRODUCTION.**

This civil action concerns a coverage dispute between the parties.  The plaintiff Employers Insurance Company of Wausau ("Wausau") issued a Commercial General Liability ("CGL") Policy to the defendant Iaccarino & Son, Inc. ("Iaccarino").  By way of its complaint, Wausau seeks a declaration that it has no duty to defend or indemnify Iaccarino under that CGL Policy in the underlying actions of:  1.) *R.W. Granger & Sons, Inc. v. Iaccarino & Sons, Inc., et al.*, Worcester Superior Court Civil Action No. WOCV2003-01021 and 2.) *R.W. Granger & Sons, Inc. v. KMD Mechanical Corp., et al.*, Worcester Superior Court Civil Action No. WOCV2003-01659, which have been consolidated into Civil Action No. WOCV2003-01021 (the "Underlying Action").  The Underlying Action concerns the Town of Shrewsbury High School Project.  Iaccarino has denied the allegations in Wausau's complaint and contends that it is entitled to coverage.

**II.  AGENDA FOR SCHEDULING CONFERENCE.**

    Discussion of the party's proposed pretrial schedule.

**III.  PROPOSED PRETRIAL SCHEDULE.**

    A.  Initial Disclosures as Required by Fed. R. Civ. P. 26(a)(1) - by no later than December 10, 2004.

    B.  All Motions Pursuant to Fed. R. Civ. P. 12, 15, 19 and 20 - January 10, 2005.

    C.  All Written Discovery Requests (i.e., requests for production, interrogatories, requests for admission) served by - March 31, 2005.

    D.  All Non-expert Depositions Completed - June 30, 2005.

    E.  Disclosure of Expert Witnesses and Filing of Rule 26(a)(2) Expert Witness Reports - July 29, 2005.

    F.  All Expert Depositions Completed - August 31, 2005.

    G.  Filing of All Motions for Summary Judgment - September 30, 2005.

    H.  Final Pretrial Conference and Parties Ready for Trial - October 31, 2005.

    H.  Trial - to be set at the Final Pretrial Conference.

**IV.  LOCAL RULE 16.1(D)(3) CERTIFICATIONS.**

    The required Local Rule 16.1(D)(3) certifications from counsel and the parties that they have conferred with respect to budgetary concerns and possible resolution of this matter through alternative dispute resolution will be filed by no later than the date of the initial Scheduling Conference.  The plaintiff's Local Rule 16.1(D)(3) Certification is filed herewith.

**V.  TRIAL BY MAGISTRATE JUDGE.**

    The parties do not consent to trial by magistrate judge.

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY<br>  OF WAUSAU<br>By its attorneys, | IACCARINO & SON, INC.<br>By its attorneys, |
| \s\ John F. Brosnan<br>James E. Harvey, Jr./BBO #224920<br>John F. Brosnan/BBO #556678<br>O'MALLEY and HARVEY, LLP<br>Two Oliver Street, 9th Floor<br>Boston, MA  02109-4908<br>Tel: 617-357-5544<br>Fax: 617-204-3477 | \s\ Thomas J. Conte<br>Thomas J. Conte/BBO #566092<br>Bowditch & Dewey, LLP<br>311 Main Street<br>P. O. Box 15156<br>Worcester, MA  01615-0156<br>Tel: 508-791-3511<br>Fax: 508-756-7636 |