UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40127-FDS

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU<br>       Plaintiff,<br>v.<br><br>IACCARINO & SON, INC., R.W. GRANGER & SONS, INC., and KMD MECHANICAL CORPORATION<br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION**

The plaintiff Employers Insurance Company of Wausau and its counsel in this action hereby affirm that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.


\s\  Albert J. Greasby                     
EMPLOYERS INSURANCE COMPANY
 OF WAUSAU
By:  Albert J. Greasby, CPCU
Title:  Chief Examiner

\s\  John F. Brosnan                     
James E. Harvey, Jr./BBO #224920
John F. Brosnan/BBO #556678
O'MALLEY and HARVEY, LLP
Two Oliver Street, 9th Floor
Boston, MA  02109-4908
Tel: 617-357-5544
Fax: 617-204-3477