UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40127-FDS

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU | )<br>)<br>) |
| Plaintiff | ) |
| v. | )<br>) |
| IACCARINO & SON, INC.,<br>R.W. GRANGER & SONS, INC.<br>AND KMD MECHANICAL<br>CORPORATION | )<br>)<br>)<br>)<br>) |
| Defendants | ) |

## CERTIFICATE PURSUANT TO L.R. 16.1(D)(3)

Pursuant to the Local Rules of the United States District Court, District of Massachusetts, Local Rule 16.1(D)(3), Defendant Iaccarino & Son, Inc. hereby respectfully certifies that:

1) The undersigned have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative costs – of the litigation; and

2) The undersigned have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_____
Francis X. Iaccarino, President
Iaccarino & Son, Inc.

IACCARINO & SON, INC.
By its attorney,

_____
Thomas J. Conte, Esquire (BBO #566092)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 926-3415
FAX: (508) 929-3006

Dated: November 18, 2004

{J:\CLIENTS\lit\303407\0001\wasau\00486524.DOC;1}