UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 04-40127-FDS

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU,<br><br>Plaintiff,<br><br>v.<br><br>IACCARINO & SONS, INC., R.W. GRANGER & SONS, INC. and KMD MECHANICAL CORPORATION,<br><br>Defendants. | **DEFENDANT, R.W. GRANGER & SONS, INC.'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)** |

Pursuant to Local Rule 16.1(D)(3), Defendant, R.W. Granger & Sons, Inc. and its undersigned counsel, Holland & Knight LLP, have conferred:

1. with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and,

2. to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

R.W. GRANGER & SONS, INC.

*/s/ Ernest E. O'Brien*
Ernest E. O'Brien, President

R.W. GRANGER & SONS, INC.

By its attorneys,

HOLLAND & KNIGHT LLP

By: */s/ John W. DiNicola, II*
John W. DiNicola, II (BBO#629618)
10 St. James Avenue
Boston, MA 02116
(617) 523-2700 (telephone)
(617) 523-6850 (facsimile)

Dated: November 30, 2004

# 2420091_v1