UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EMPLOYERS INSURANCE COMPANY )
OF WAUSAU, )
      Plaintiff, )
   )
v. ) CASE NO.: 04-40127-FDS
   )
IACCARINO & SONS, INC., R.W. GRANGER )
& SONS, INC. AND )
KMD MECHANICAL CORPORATION, )
      Defendants. )

## DEFENDANT, KMD MECHANICAL CORPORATION'S, ANSWER TO PLAINTIFF'S COMPLAINT AND CLAIM FOR JURY TRIAL

### INTRODUCTION

1. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 1 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

### THE PARTIES

2. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 2 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

3. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 3 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

4. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 4 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

5. The defendant, KMD Mechanical Corporation, admits the allegations contained in paragraph 5 of the plaintiff's complaint.

### JURISDICTION AND VENUE

6. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 6 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

7. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 7 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

### FACTS

#### The Shrewsbury High School Project.

8. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 8 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

9. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 9(a)-(d) of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

10. The defendant, KMD Mechanical Corporation, admits that it was one of the HVAC subcontractors on the school project.

### The Wausau CGL Policy.

11. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 11 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

### The Backcharges Action.

12. The defendant, KMD Mechanical Corporation, admits that R.W. Granger filed a lawsuit in Worcester Superior Court on May 23, 2003, Civil Action No. 2003-01021, which speaks for itself and Defendant denies Plaintiff's characterization thereof; to the extent a further response is required, Defendant denies all the remaining allegations in paragraph 12.

13. The defendant, KMD Mechanical Corporation, admits that R.W. Granger filed a First Amended Complaint on June 30, 2003, which speaks for itself and Defendant denies Plaintiff's characterization thereof; to the extent a further response is required, Defendant denies all the remaining allegations in paragraph 13.

14. The lawsuit speaks for itself and the defendant, KMD Mechanical Corporation, denies Plaintiff's characterization thereof; to the extent a further response is required, Defendant denies the allegations in paragraph 14.

### Wausau's Disclaimer of Coverage for the Backcharges Action.

15. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 15 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

### The Defective HVAC System Action.

16. The defendant, KMD Mechanical Corporation, admits that R.W. Granger filed a lawsuit in Worcester Superior Court on August 22, 2003, Civil Action No. 2003-01659, which speaks for itself and Defendant denies Plaintiff's characterization thereof; to the extent a further response is required, Defendant denies all the remaining allegations in paragraph 16.

17. The complaint speaks for itself and Defendant denies Plaintiff's characterization thereof; to the extent a further response is required, Defendant denies all the remaining allegations in paragraph 17.

### Wausau's Reservation of Rights in the Defective HVAC System Action.

18. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 18 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

19. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 19 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

20. The defendant, KMD Mechanical Corporation, denies the allegations in paragraph 20.

21. The defendant, KMD Mechanical Corporation, denies the allegations in paragraph 21.

22. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 22 of the plaintiff's complaint for lack of sufficient knowledge to form a belief as to the truth or falsity thereof.

## COUNT I

### (Declaratory Judgment – No Duty to Defend – Backcharges Action)

23. The defendant, KMD Mechanical Corporation, repeats and realleges its answers to paragraphs 1-22 of the plaintiff's complaint as if fully set forth herein.

24. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 24 of the plaintiff's complaint.

25. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 25 (a)-(f) of the plaintiff's complaint.

## COUNT II

### (Declaratory Judgment – No Duty to Indemnify – Backcharges Action)

26. The defendant, KMD Mechanical Corporation, repeats and realleges its answers to paragraphs 1-25 of the plaintiff's complaint as if fully set forth herein.

27. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 27 of the plaintiff's complaint.

28. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 28 (a)-(f) of the plaintiff's complaint.

## COUNT III

### (Declaratory Judgment – No Duty to Defend – Defective HVAC System Action)

29. The defendant, KMD Mechanical Corporation, repeats and realleges its answers to paragraphs 1-28 of the plaintiff's complaint as if fully forth herein.

30. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 30 of the plaintiff's complaint.

31. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 31 (a)-(e) of the plaintiff's complaint.

## COUNT IV

### (Declaratory Judgment – No Duty to Indemnify – Defective HVAC System Action)

32. The defendant, KMD Mechanical Corporation, repeats and realleges its answers to paragraphs 1 through 31 of the plaintiff's complaint as if fully set forth herein.

33. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 33 of the plaintiff's complaint.

34. The defendant, KMD Mechanical Corporation, denies the allegations contained in paragraph 34 (a)-(e) of the plaintiff's complaint.

## FIRST AFFIRMATIVE DEFENSE

The complaint should be dismissed pursuant to Mass. R. Civ. P. 12(b)(6) for Plaintiff's failure to state a claim upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff is estopped, in whole or in part, from maintaining the claims set forth in the complaint.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff has waived, in whole or in part, its right to maintain the claims set forth in the complaint.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations, frauds and/or repose.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff failed to comply with the terms of its contract and therefore, is precluded from disclaiming coverage for the damages alleged.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred as there is no actual, justiciable controversy between the parties.

WHEREFORE, the defendant, KMD Mechanical Corporation, demands that this action be dismissed and that judgment enter for the defendant, together with its costs.

The defendant, KMD Mechanical Corporation, demands a trial by jury on all issues.

KMD MECHANICAL CORPORATION

_____
Gerard T. Donnelly, Esquire #553283
Hassett & Donnelly, P.C.
484 Main Street, Suite 560
Worcester, MA 01608
(508) 791-6287

Dated: December 2, 2004

## CERTIFICATE OF SERVICE

I, Gerard T. Donnelly, counsel of record for the defendant, KMD Mechanical Corporation, in this action, do hereby certify that I have served a copy of the foregoing Answer of KMD Mechanical Corporation to plaintiff's Complaint, to all parties, by first class mail, postage prepaid, this 2nd day of December, 2004, to:

John W. DiNicola, II, Esquire
Robert V. Lizza, Esquire
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116

James E. Harvey, Jr., Esquire
James F. Brosnan, Esquire
O'Malley and Harvey, LLP
Two Oliver Street, 9th Floor
Boston, MA 02109-4908

Thomas J. Conte, Esquire
Bowditch & Dewey LLP
311 Main Street
Worcester, MA 01608

_____
Gerard T. Donnelly, Esquire