UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, <br> Plaintiff, <br><br> v. <br><br> IACCARINO & SONS, INC., R.W. GRANGER & SONS, INC. AND KMD MECHANICAL CORPORATION, <br> Defendants. | CASE NO.: 04-40127-FDS |

## CERTIFICATION PURSUANT TO L.R. 16.1(D)(3)

Counsel of record for the defendant, KMD Mechanical Corporation, hereby certifies that he has conferred with the defendant and/or the defendant's authorized representative regarding:

(1) establishing a budget for the costs of conducting the full course of litigation; and
(2) the resolution of this litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
RICK HEYN, PRESIDENT
OF KMD MECHANICAL CORP.

Dated: December 2, 2004

_____
Gerard T. Donnelly, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above documents was served on all attorneys of record by hand/mail on this 2nd day of December 2004.

_____
Gerard T. Donnelly, Esquire