COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

WORCESTER, SS.                                    CIVIL ACTION NO. 03-01021-A

R.W. GRANGER & SON, INC.,                    )
Plaintiff                                     )
                                              )
v.                                            )
                                              )
TOWN OF SHREWSBURY, et al.,                  )
Defendants                                    )

Consolidated with:

R.W. GRANGER & SON, INC.,                    )    CIVIL ACTION NO. 03-1659-C
Plaintiff                                     )
                                              )
v.                                            )
                                              )
IACCARINO & SON, INC.,                        )
Defendant                                     )
                                              )
and                                           )
                                              )
KMD MECHANICAL CORP.,                         )
Defendant/Third-party Plaintiff               )
                                              )
v.                                            )
                                              )
JOHNSON CONTROLS, INC.,                       )
Third-party Defendant                         )
                                              )

## DEFENDANT IACCARINO & SON, INC.'S MOTION
## FOR LEAVE TO FILE THIRD-PARTY COMPLAINT

Defendant Iaccarino & Son, Inc. ("Iaccarino") moves this Court for Leave to File a

Third-Party Complaint against Employers Insurance Company of Wausau ("Wausau").  A copy

of the proposed Third-Party Complaint is attached for the Court's consideration. In support of this motion, Iaccarino states:

1.     Iaccarino is a party to a Commercial General Liability Policy (No. TBC-Z91-425443-022) with effective dates of January 28, 2002 to January 28, 2003, with Wausau (the "Policy").

2.     A dispute has arisen as to whether Wausau is contractually obligated to defend and indemnify Iaccarino against the claims asserted against Iaccarino in these consolidated actions.

3.     Massachusetts Rule of Civil Procedure 14 provides in pertinent part:

> [a]t any time after commencement of the action a defending party, as a third party plaintiff, may ... cause a summons and complaint to be served upon a person who is or may be liable for all or part of the plaintiff's claims against him.

4.     Rule 14 is "intended to be used in situations of indemnity or possible contribution." Gabbidon v. King, 414 Mass. 685, 686 (1993).

5.     As the Third-Party Complaint concerns indemnification of Iaccarino by Wausau based on the allegations of these consolidated actions, it is appropriate for Wausau to be implead into the actions pursuant to Mass. R. Civ. P. 14(a).

6.     Moreover, as the determination of whether Wausau's duty to defend and indemnify is dependent on the allegations, legal theories, and facts asserted and established in these consolidated actions, judicial economy would be promoted by allowing one court to resolve both the underlying claims and the coverage dispute between Wausau and Iaccarino based upon those claims.

WHEREFORE, Iaccarino respectfully requests that the Court grant it leave pursuant to Rule 14 (a) to File the Third-Party Complaint against Wausau which is attached hereto.

IACCARINO & SON, INC.
By its attorneys,


Thomas J. Conte (BBO #566092)
James P. Hoban (BBO #633929)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Date:    December 10, 2004

## CERTIFICATE OF SERVICE

I, James P. Hoban, hereby certify that I have on this 10th day of December 2004 served the foregoing by mailing copies thereof, postage prepaid, to the following:

John W. DiNicola, II, Esquire
Robert V. Lizza, Esquire
Holland & Knight, LLP
10 St. James Avenue
Boston, MA  02116

Gerard T. Donnelly, Esquire
Hassett & Donnelly, PC
484 Main Street, Suite 560
Worcester, MA  01608


T. Philip Leader, Esquire
34 Mechanic Street
Worcester, MA 01608

Robert P. Garrity, Esquire
Garrity and Knisley
21 Merchants Row- Suite 3B
Boston, MA 02109


Donald F. Bruck, Esquire
12 Garfield Circle
Burlington, MA 01803

James W. Savage, Esquire
44 Byfield Road
Newton, MA 02468


Kirk W. Bransfield, Esquire
Donald R. Bumiller, Esquire
447 Broadway
Lynn, MA  01904

Jon C. Mazuy, Esquire
Corwin & Corwin, LLP
One Washington Mall
Boston, MA  02108-2693

Gina A. Fonte, Esquire
Peter G. Hermes, Esquire
Hermes, Netburn, O'Connor &
Spearing, P.C.
111 Devonshire Street, 8th Floor
Boston, MA 02109

Robert N. Meltzer, Esquire
P.O. Box 1459
Framingham, MA 01701

Edwin J. Fremder, Esquire
Emanual N. Bardanis, Esquire
Corwin & Corwin LLP
One Washington Mall
Boston, MA 02108

Patrick J. Sullivan, Esquire
Heafitz & Sullivan, LLP
56 Chestnut Hill Avenue
Boston, MA 02135

William D. Jalkut, Esquire
Fletcher, Tilton & Whipple, P.C.
The Guaranty Building
370 Main Street- 12th Floor
Worcester, MA 01608-1779

Joseph J. Leghorn, Esquire
A. Damien Puller, Esquire
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110

James P. Hoban

# EXHIBIT B

# Commonwealth of Massachusetts
## WORCESTER SUPERIOR COURT
## Case Summary
## Civil Docket

## RW Granger & Sons Inc v Iaccarino & Sons Inc et al

Details for Docket: WOCV2003-01021

### Case Information

| | | | |
|---|---|---|---|
| Docket Number: | WOCV2003-01021 | Caption: | RW Granger & Sons Inc v Iaccarino & Sons Inc et al |
| Filing Date: | 05/23/2003 | Case Status: | Active |
| Status Date: | 03/30/2004 | Session: | Civil A (12 Worcester) |
| Lead Case: | NA | Case Type: | Most |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| TRK: | A | Discovery: | 07/11/2005 |
| Service Date: | 08/21/2003 | Disposition: | 05/22/2006 |
| Rule 15: | 08/15/2004 | Rule 12/19/20: | 10/20/2003 |
| Final PTC: | 01/07/2006 | Rule 56: | 09/09/2005 |
| Answer Date: | 10/20/2003 | Jury Trial: | NO |

### Case Information

| | | | |
|---|---|---|---|
| Docket Number: | WOCV2003-01021 | Caption: | RW Granger & Sons Inc v Iaccarino & Sons Inc et al |
| Filing Date: | 05/23/2003 | Case Status: | Active |
| Status Date: | 03/30/2004 | Session: | Civil A (12 Worcester) |
| Lead Case: | NA | Case Type: | Construction dispute |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| TRK: | A | Discovery: | 07/11/2005 |
| Service Date: | 08/21/2003 | Disposition: | 05/22/2006 |
| Rule 15: | 08/15/2004 | Rule 12/19/20: | 10/20/2003 |
| Final PTC: | 01/07/2006 | Rule 56: | 09/09/2005 |
| Answer Date: | 10/20/2003 | Jury Trial: | NO |

## Parties Involved

14 Parties Involved in Docket: WOCV2003-01021





Defendant

| Last Name: | Baron Industries Inc | First Name: | |
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

| Party Involved: | | Role: | Defendant |
| Last Name: | Bass Associates | First Name: | |
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

| Party Involved: | | Role: | Defendant |
| Last Name: | Bonomo Tile Co Inc | First Name: | |
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

| Party Involved: | | Role: | Defendant |
| Last Name: | Coghlin Electric Contractors Inc | First Name: | |
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

| Party Involved: | | Role: | Defendant |
| Last Name: | Dave Gardner Contracting & Supply | First Name: | |
| Address: | | Address: | |
| City: | | State: | |
| Zip Code: | | Zip Ext: | |
| Telephone: | | | |

| Party Involved: | | Role: | Defendant |



Emanouil Brothers Inc

Iaccarino & Sons Inc          Role:                    Defendant

Island International Industries
Inc                          Role:                    Defendant

KDK Enterprises Inc           Role:                    Defendant

KMD Mechanical Corporation    Role:                    Defendant

                              Role:                    Defendant

 Prudential Door & Window Co Inc    

 Shrewsbury     Defendant

Town of

 United States Fidelity and Guaranty Co    Defendant/3rd party

 RW Granger & Sons Inc     Plaintiff

---

# Attorneys Involved

23 Attorneys Involved for Docket: WOCV2003-01021

    Lizza

10 Saint James Avenue

Boston

    HOLL05

Robert V

11th Floor

MA



| | | | |
|---|---|---|---|
| Zip Code: | 02116 | Zip Ext.: | |
| Telephone: | 617-523-2700 | Tel Ext.: | |
| Facsimile: | 617-523-6850 | Representing: | RW Granger & Sons Inc, (Plaintiff) |

| | | | |
|---|---|---|---|
| Attorney Involved: | | Firm Name: | HOLL05 |
| Last Name: | DiNicola II | First Name: | John W |
| Address: | 10 Saint James Avenue | Address: | 11th Floor |
| City: | Boston | State: | MA |
| Zip Code: | 02116 | Zip Ext.: | |
| Telephone: | 617-523-2700 | Tel Ext.: | |
| Facsimile: | 617-523-6850 | Representing: | United States Fidelity and Guaranty Co, (Defendant/3rd party) |

| | | | |
|---|---|---|---|
| Attorney Involved: | | Firm Name: | CORW01 |
| First Name: | Fremder | First Name: | Edwin J |
| Address: | 1 Washington Mall | Address: | 5th Floor |
| City: | Boston | State: | MA |
| Zip Code: | 02108 | Zip Ext.: | |
| Telephone: | 617-742-3420 | Tel Ext.: | |
| Facsimile: | 617-742-2331 | Representing: | KMD Mechanical Corporation, (Defendant) |

| | | | |
|---|---|---|---|
| Attorney Involved: | | Firm Name: | HERM02 |
| Last Name: | Fonte | First Name: | Gina A |
| Address: | 111 Devonshire Street | Address: | 8th floor |
| City: | Boston | State: | MA |
| Zip Code: | 02109 | Zip Ext.: | 5407 |
| Telephone: | 617-728-0050 | Tel Ext.: | |
| Facsimile: | 617-728-0052 | Representing: | Island International Industries Inc, (Defendant) |

| | | | |
|---|---|---|---|
| Attorney Involved: | | Firm Name: | HOLL05 |
| Last Name: | DiNicola II | First Name: | John W |
| Address: | 10 Saint James Avenue | Address: | 11th Floor |
| City: | Boston | State: | MA |
| Zip Code: | 02116 | Zip Ext.: | |

| Telephone: | 617-523-2700 | Tel Ext: | |
| Facsimile: | 617-523-6850 | Representing: | RW Granger & Sons Inc, (Plaintiff) |

| Attorney Involved: | | Firm Name: | |
| Last Name: | Savage | First Name: | James W |
| Address: | 44 Byfield Road | Address: | |
| City: | Newton | State: | MA |
| Zip Code: | 02168 | Zip Ext: | |
| Telephone: | 617-964-0090 | Tel Ext: | |
| Facsimile: | | Representing: | Prudential Door & Window Co Inc, (Defendant) |

| Attorney Involved: | | Firm Name: | CORW01 |
| Last Name: | Bardanis | First Name: | Emanuel N |
| Address: | 1 Washington Mall | Address: | |
| City: | Boston | State: | MA |
| Zip Code: | 02108 | Zip Ext: | |
| Telephone: | 617-742-3420 | Tel Ext: | |
| Facsimile: | 617-742-2331 | Representing: | KMD Mechanical Corporation, (Defendant) |

| Attorney Involved: | | Firm Name: | |
| Last Name: | Bumiller | First Name: | Donald R |
| Address: | 447 Broadway | Address: | |
| City: | Lynn | State: | MA |
| Zip Code: | 01904 | Zip Ext: | 2650 |
| Telephone: | 781-592-7500 | Tel Ext: | |
| Facsimile: | 781-592-4448 | Representing: | Bass Associates, (Defendant) |

| Attorney Involved: | | Firm Name: | HOLL05 |
| Last Name: | Lizza | First Name: | Robert V |
| Address: | 10 Saint James Avenue | Address: | 11th Floor |
| City: | Boston | State: | MA |
| Zip Code: | 02116 | Zip Ext: | |
| Telephone: | 617-523-2700 | Tel Ext: | |
| | | | United States Fidelity and |

| | | | |
|---|---|---|---|
| Facsimile | 617-523-6850 | Representing | Guaranty Co, (Defendant/3rd party) |

| | | | |
|---|---|---|---|
| Attorney (Involved) | | Firm Name | BOWD01 |
| Last Name | Conte | First Name | Thomas J |
| Address | 311 Main Street | Address | PO Box 15156 |
| City | Worcester | State | MA |
| Zip Code | 01615 | Zip Ext | 0156 |
| Telephone | 508-926-3415 | Tel Ext | |
| Facsimile | 508-929-3006 | Representing | Iaccarino & Sons Inc, (Defendant) |

| | | | |
|---|---|---|---|
| Attorney (Involved) | | Firm Name | FLET01 |
| Last Name | Jalkut | First Name | William D |
| Address | 370 Main Street | Address | 12th floor |
| City | Worcester | State | MA |
| Zip Code | 01608 | Zip Ext | |
| Telephone | 508-798-8621 | Tel Ext | |
| Facsimile | 508-791-1201 | Representing | Coghlin Electric Contractors In (Defendant) |

| | | | |
|---|---|---|---|
| Attorney (Involved) | | Firm Name | |
| Last Name | Bransfield | First Name | Kirk W |
| Address | 447 Broadway | Address | |
| City | E Lynn | State | MA |
| Zip Code | 01904 | Zip Ext | |
| Telephone | 781-593-0690 | Tel Ext | |
| Facsimile | | Representing | Bass Associates, (Defendant) |

| | | | |
|---|---|---|---|
| Attorney (Involved) | | Firm Name | HERM02 |
| Last Name | Fonte | First Name | Gina A |
| Address | 111 Devonshire Street | Address | 8th floor |
| City | Boston | State | MA |
| Zip Code | 02109 | Zip Ext | 5407 |
| Telephone | 617-728-0050 | Tel Ext | |
| Facsimile | 617-728-0052 | Representing | Island International Industries Inc, (Defendant) |

| Attorney Involved | | Firm Name | CORW01 |
|---|---|---|---|
| Last Name | Mazuy | First Name | Jon C |
| Address | 1 Washington Mall | Address | 5th floor |
| City | Boston | State | MA |
| Zip Code | 02108 | Zip Ext | |
| Telephone | 617-742-3420 | Tel Ext | |
| Facsimile | 617-742-2331 | Representing | Dave Gardner Contracting & Supply, (Defendant) |

| Attorney Involved | | Firm Name | HEAF01 |
|---|---|---|---|
| Last Name | Sullivan | First Name | Patrick J |
| Address | 56 Chestnut Hill Avenue | Address | |
| City | Boston | State | MA |
| Zip Code | 02135 | Zip Ext | |
| Telephone | 617-562-1000 | Tel Ext | |
| Facsimile | 617-562-0069 | Representing | KMD Mechanical Corporation, (Defendant) |

| Attorney Involved | | Firm Name | HEAF01 |
|---|---|---|---|
| Last Name | Sullivan | First Name | Patrick J |
| Address | 56 Chestnut Hill Avenue | Address | |
| City | Boston | State | MA |
| Zip Code | 02135 | Zip Ext | |
| Telephone | 617-562-1000 | Tel Ext | |
| Facsimile | 617-562-0069 | Representing | KDK Enterprises Inc, (Defenda |

| Attorney Involved | | Firm Name | GARR01 |
|---|---|---|---|
| Last Name | Garrity | First Name | Robert P |
| Address | 21 Merchants Row | Address | Suite 3B |
| City | Boston | State | MA |
| Zip Code | 02109 | Zip Ext | |
| Telephone | 617-367-3990 | | |
| Facsimile | 617-367-5002 | Representing | Bonomo Tile Co Inc, (Defenda |

| Attorney Involved | | Firm Name | |
|---|---|---|---|

| Last Name | Leader | First Name | T Philip |
|---|---|---|---|
| Address | 34 Mechanic Street | Address | |
| City | Worcester | State | MA |
| Zip Code | 01608 | Zip Ext | 2300 |
| Telephone | 508-798-1819 | Tel Ext | |
| Facsimile | 508-799-6522 | Representing | Shrewsbury, Town of (Defendant) |

| Attorney Involved | | Firm Name | |
|---|---|---|---|
| Last Name | Meltzer | First Name | Robert N |
| Address | PO Box 1459 | Address | |
| City | Framingham | State | MA |
| Zip Code | 01701 | Zip Ext | |
| Telephone | 508-872-7116 | Tel Ext | |
| Facsimile | 508-872-8284 | Representing | Emanouil Brothers Inc, (Defendant) |

| Attorney Involved | | Firm Name | |
|---|---|---|---|
| Last Name | Bruck | First Name | Donald B |
| Address | 12 Gardfield Circle | Address | |
| City | Burlington | State | MA |
| Zip Code | 01803 | Zip Ext | |
| Telephone | 617-270-0008 | Tel Ext | |
| Facsimile | 617-270-0188 | Representing | Baron Industries Inc, (Defenda |

| Attorney Involved | | Firm Name | |
|---|---|---|---|
| Last Name | Meltzer | First Name | Robert N |
| Address | PO Box 1459 | Address | |
| City | Framingham | State | MA |
| Zip Code | 01701 | Zip Ext | |
| Telephone | 508-872-7116 | Tel Ext | |
| Facsimile | 508-872-8284 | Representing | Emanouil Brothers Inc, (Defendant) |

| Attorney Involved | | Firm Name | HERM02 |
|---|---|---|---|
| | Hermes | First Name | Peter G |
| | 111 Devonshire Street | Address | 8th floor |



| | Boston | | MA |
| | 02109 | | 5407 |
| | 617-728-0050 | | |
| | 617-728-0052 | Representing | Island International Industries Inc, (Defendant) |

| Attorney Involved: | | Firm Name: | CETR01 |
| Last Name: | Carver | First Name: | Bradford R |
| Address: | Two Seaport Lane | Address: | World Trade Center East 10th |
| City: | Boston | State: | MA |
| Zip Code: | 02210 | Zip: | |
| Telephone: | 617-217-5500 | Tel Ext: | |
| Facsimile: | 617-217-5200 | Representing | United States Fidelity and Guaranty Co, (Defendant/3rd party) |

## Calendar Events

1 Calendar Events for Docket: WOCV2003-01021

| No. | Event Date: | Event Time: | Calendar Event: | SES: | Event Status: |
|---|---|---|---|---|---|
| 1 | 04/22/2004 | 09:00 | Status: Review Annual Fee | A | Event held as scheduled |

## Full Docket Entries

170 Docket Entries for Docket: WOCV2003-01021

| Entry Date: | Paper No.: | Docket Entry: |
|---|---|---|
| 05/23/2003 | 1 | Complaint & civil action cover sheet filed and rule 29 statement-CJ |
| 05/23/2003 | | Origin 1, Type A12, Track A. |
| 06/03/2003 | 2 | Plff. R.W. Granger & Sons Inc. motion for special procerss server |
| 06/03/2003 | 2 | (Suvalle Jodrey Assoc.) |
| 06/10/2003 | | MOTION (P#2) ALLOWED (Thomas P. Billings, Justice) Notices mailed |
| 06/10/2003 | | June 11, 2003 |
| 07/30/2003 | 3 | First Amended complaint of plff. R.W. Granger & Sons Inc. |
| 08/07/2003 | | Pleading-summons-Atty. Robert V. Lizza-reason-need to file original |
| 08/07/2003 | | with the court, not a copy |
| 08/08/2003 | 4 | SERVICE RETURNED: Iaccarino & Sons Inc(Defendant) 7/31/03 (duly |
| 08/08/2003 | 4 | authorized agent) |

| Date | No. | Entry |
|---|---|---|
| 08/08/2003 | 5 | SERVICE RETURNED: Baron Industries Inc(Defendant) 7/31/03 (duly |
| 08/08/2003 | 5 | authorized agent) |
| 08/08/2003 | 6 | SERVICE RETURNED: Bass Associates(Defendant) 7/31/03 (duly |
| 08/08/2003 | 6 | authorized agent) |
| 08/08/2003 | 7 | SERVICE RETURNED: KMD Mechanical Corporation(Defendant) 7/31/03 |
| 08/08/2003 | 7 | (duly authorized Agent) |
| 08/08/2003 | 8 | SERVICE RETURNED: Coghlin Electric Contractors Inc(Defendant) |
| 08/08/2003 | 8 | 7/31/03 (duly authorized agent) |
| 08/08/2003 | 9 | SERVICE RETURNED: Bonomo Tile Co Inc(Defendant) 7/31/03 (duly |
| 08/08/2003 | 9 | authorized agent) |
| 08/08/2003 | 10 | SERVICE RETURNED: Prudential Door & Window Co Inc(Defendant) 7/31/03 |
| 08/08/2003 | 10 | (duly authorized agent) |
| 08/08/2003 | 11 | SERVICE RETURNED: Dave Gardner Contracting & Supply(Defendant) |
| 08/08/2003 | 11 | 7/31/03 (duly authorized agent) |
| 08/08/2003 | 12 | SERVICE RETURNED: Emanouil Brothers Inc(Defendant) 7/31/03 (duly |
| 08/08/2003 | 12 | authorized agent) |
| 08/08/2003 | 13 | SERVICE RETURNED: KDK Enterprises Inc(Defendant) 7/31/03 (duly |
| 08/08/2003 | 13 | authorized agent) |
| 08/08/2003 | 14 | SERVICE RETURNED: Shrewsbury Town of(Defendant) 7/31/03 (duly |
| 08/08/2003 | 14 | authorized agent) |
| 08/08/2003 | 15 | Affidavit of Atty.John W. DiNicola II re: service of Island |
| 08/08/2003 | 15 | International Industries Inc. pursuant to MGL c233A 6 by certified |
| 08/08/2003 | 15 | mail |
| 08/11/2003 | | Atty. Robert N. Meltzer notice of appearance for deft. Emanouil |
| 08/11/2003 | | Brothers Inc. |
| 08/14/2003 | | Atty. Patrick J. Sullivan notice of appearance for deft. KDK |
| 08/14/2003 | | Enterprises Inc. |
| 08/18/2003 | 16 | ANSWER: KDK Enterprises Inc(Defendant) to amended complaint |
| 08/18/2003 | | COUNTERCLAIM of KDK Enterprises Inc v RW Granger & Sons Inc |
| 08/20/2003 | 17 | ANSWER: Bonomo Tile Co Inc(Defendant) |
| 08/20/2003 | | COUNTERCLAIM of Bonomo Tile Co Inc v RW Granger & Sons Inc |
| 08/20/2003 | | Complaint of 3d-party Plf Bonomo Tile Co Inc v United States Fidelity |
| 08/20/2003 | | and Guaranty Co along with filing fee in the amt of $240.00 including |
| 08/20/2003 | | security fee of $20.00 rec'd |
| 08/20/2003 | 18 | ANSWER (amended complaint): Coghlin Electric Contractors Inc |
| 08/20/2003 | | COUNTERCLAIM of Coghlin Electric Contractors Inc v RW Granger & Sons |
| 08/20/2003 | | Inc |
| 08/22/2003 | 19 | ANSWER (amended complaint): Town of Shrewsbury |
| 08/26/2003 | 20 | Baron Industries Inc's ANSWER to First Amended Complaint and |
| 08/26/2003 | 20 | COUNTERCLAIM against RW Grainger & Sons and THIRD PARTY COMPLAINT |
| 08/26/2003 | 20 | against United States Fidelity and Guaranty Company |

| 08/28/2003 | 21 | ANSWER: Emanouil Brothers Inc(Defendant) |
| 08/28/2003 |    | COUNTERCLAIM of Emanouil Brothers Inc v RW Granger & Sons Inc |
| 08/28/2003 |    | CROSSCLAIM of Emanouil Brothers Inc v Town of Shrewsbury |
| 08/28/2003 | 22 | Complaint of 3d-party Plf Emanouil Brothers Inc v United States |
| 08/28/2003 | 22 | Fidelity and Guaranty Co along with filing fee in the amt of $260.00 |
| 08/28/2003 | 22 | including security fee rec'd |
| 09/03/2003 |    | Atty. Kirk W. Bransfield notice of appearance for deft. Bass |
| 09/03/2003 |    | Associates Inc. |
| 09/03/2003 | 23 | ANSWER: Bass Associates(Defendant) & COUNTERCLAIM to plff. First |
| 09/03/2003 | 23 | amended complaint & cj. |
| 09/08/2003 | 24 | ANSWER by Town of Shrewsbury to CROSSCLAIM of Emanouil Brothers Inc |
| 09/15/2003 | 25 | ANSWER: Prudential Door & Window Co Inc(Defendant), counterclaim & |
| 09/15/2003 | 25 | cj. |
| 09/16/2003 |    | Atty.Gina G. Hermes notice of appearance for deft. IslandI |
| 09/16/2003 |    | International Industries Inc. |
| 09/25/2003 | 26 | ANSWER: Dave Gardner Contracting & Supply(Defendant) to first |
| 09/25/2003 | 26 | amended complaint & counterclaim |
| 09/25/2003 |    | COUNTERCLAIM of Dave Gardner Contracting & Supply v RW Granger & Sons |
| 09/25/2003 |    | Inc |
| 10/01/2003 | 27 | ANSWER: KMD Mechanical Corporation(Defendant) |
| 10/01/2003 |    | COUNTERCLAIM of KMD Mechanical Corporation v RW Granger & Sons Inc |
| 10/02/2003 | 29 | ANSWER: Island International Industries Inc(Defendant) - cj |
| 10/02/2003 |    | COUNTERCLAIM of Island International Industries Inc v RW Granger & |
| 10/02/2003 |    | Sons Inc |
| 10/03/2003 | 28 | SERVICE RETURNED: United States Fidelity and Guaranty |
| 10/03/2003 | 28 | Co(Defendant/3rd party) Service mad eon 9/12/03 (Agent/person in |
| 10/03/2003 | 28 | charge) |
| 10/03/2003 | 30 | Reply by RW Granger & Sons Inc to COUNTERCLAIM of KDK Enterprises Inc |
| 10/03/2003 | 31 | Reply by RW Granger & Sons Inc to COUNTERCLAIM of Bonomo Tile Co Inc |
| 10/03/2003 | 32 | Reply by RW Granger & Sons Inc to COUNTERCLAIM of Coghlin Electric |
| 10/03/2003 | 32 | Contractors Inc |
| 10/03/2003 | 33 | Reply by RW Granger & Sons Inc to COUNTERCLAIM of Baron Industries Inc |
| 10/03/2003 | 34 | Reply by RW Granger & Sons Inc to COUNTERCLAIM of Emanouil Brothers |
| 10/03/2003 | 34 | Inc |
| 10/03/2003 | 35 | Reply by RW Granger & Sons Inc to COUNTERCLAIM of Prudential Door & |
| 10/03/2003 | 35 | Window Co Inc |
| 10/03/2003 | 36 | United States Fidelity & Guaranty Co's reply to Bonomo Tile Co Inc's |
| 10/03/2003 | 36 | Third Party Complaint |
| 10/03/2003 | 37 | Reply of Third Party Deft, United States Fidelity & Guaranty Co to |
| 10/03/2003 | 37 | Third Party Complaint of Emanouil Brothers Inc |
| 10/09/2003 | 40 | Amended ANSWER: Dave Gardner Contracting & Supply |

| Date | No. | Description |
|------|-----|-------------|
| 10/09/2003 | | COUNTERCLAIM of Dave Gardner Contracting & Supply v RW Granger & Sons |
| 10/09/2003 | | Inc |
| 10/10/2003 | 38 | Reply by RW Granger & Sons Inc and United States Fidelity and |
| 10/10/2003 | 38 | Guaranty Co to COUNTERCLAIM of Bass Associates |
| 10/10/2003 | 39 | Reply by RW Granger & Sons Inc and United States Fidelity and |
| 10/10/2003 | 39 | Guaranty Co to COUNTERCLAIM of KMD Mechanical Corporation |
| 10/15/2003 | 41 | Reply of Plff to counterclaim of Deft, International Industries Inc |
| 10/16/2003 | | Pleading, Third Party Complaint against United States Fidelity & |
| 10/16/2003 | | Guaranty Company, returned to Jon C Mazuy, Esq. REASON: Third Party |
| 10/16/2003 | | Complaint must be accompanied by a filing fee of $260.00. |
| 10/21/2003 | 42 | SERVICE RETURNED (summons): United States Fidelity and Guaranty Co, |
| 10/21/2003 | 42 | service made on October 06, 2003 (agent in charge service) |
| 11/13/2003 | 43 | ANSWER by United States Fidelity and Guaranty Co to COUNTERCLAIM of |
| 11/13/2003 | 43 | KDK Enterprises Inc |
| 11/13/2003 | 44 | ANSWER to 3rd pty complaint of Baron Industries Inc by (3d pty def): |
| 11/13/2003 | 44 | United States Fidelity and Guaranty Co |
| 11/13/2003 | 45 | ANSWER by United States Fidelity and Guaranty Co to COUNTERCLAIM of |
| 11/13/2003 | 45 | Prudential Door & Window Co Inc |
| 12/10/2003 | 46 | ANSWER: Iaccarino & Sons Inc(Defendant), counterclaim & cj. |
| 12/19/2003 | 47 | ANSWER by R.W. Granger & Sons to COUNTERCLAIM of deft. Iaccarino & |
| 12/19/2003 | 47 | Sons Inc. |
| 03/08/2004 | | Notice of Annual Civil Litigation Fee mailed to plaintiff's attorney |
| 03/08/2004 | | Robert V Lizza, John W DiNicola II on March 08, 2004. |
| 03/30/2004 | | Consolidated with other Sup Crt case; lead case: related case(s): |
| 03/30/2004 | | 2003- 1659 C |
| 04/01/2004 | 48 | ANSWER by R.W. Granger & Sons Inc. to COUNTERCLAIM of David Gardner |
| 04/01/2004 | 48 | Contracting & Supply's |
| 05/03/2004 | | Annual Civil Litigation fee in the sum of $120.00 paid by the |
| 05/03/2004 | | plaintiff's attorney John W DiNicola II on May 03, 2004 |
| 05/18/2004 | 49 | Deft. Dave Gardner Contracting and Suppley Inc. motion to |
| 05/18/2004 | 49 | consolidate with Middlesex Superior Court No. 03-4168, deft. David |
| 05/18/2004 | 49 | Gardner memorandum in support of its motion to consolidate & affid. |
| 05/18/2004 | 49 | of compliance with Rule 9a-no opposition |
| 06/01/2004 | | MOTION (P#49) ALLOWED (Peter W. Agnes, Jr., Justice) Notices mailed |
| 06/01/2004 | | June 04, 2004 |
| 06/11/2004 | 50 | ORDER transferring Worcester Superior Court #03-1021 with Middlesex |
| 06/11/2004 | 50 | Superior Court case #03-04168 on consolidation for trial only under |
| 06/11/2004 | 50 | the provisions of GL Chap 223, Sec 2(b). (Peter W. Agnes, Jr., |
| 06/11/2004 | 50 | Justice) Copies mailed to Attys and Middlesex Superior Court |
| 10/13/2004 | 51 | Stipulation of dismissal with prejudice, without interest and costs |
| 10/13/2004 | 51 | as to all claims against Island International Industries Inc, |

| 10/13/2004 | 51 | counterclaim and third party complaint ONLY. Copies mailed 10/14/04 |
| 11/09/2004 | 51 | Stipulation of dismissal, Plff. R.W. Granger & Sons Inc., deft.third |
| 11/09/2004 | 51 | party plff. Bonomo Tile Co. Inc. and third party deft. U.S. Fidelity |
| 11/09/2004 | 51 | & Guaranty Co. hereby stipulate that Granger claims against Bonomo, |
| 11/09/2004 | 51 | Bonomo's counterclaim against Granger and Bonomo third party |
| 11/09/2004 | 51 | complaint against USF&G be dismissed with prejudice, without interest |
| 11/09/2004 | 51 | and without costs and the parties waive rights of appeal and rights |
| 11/09/2004 | 51 | pursuant to MRCP 60 copies mailed 11/15/04 |
| 11/10/2004 |  | Pleading, Opposition of USF&G to request for file leave to file reply |
| 11/10/2004 |  | brief of Emanouil Brothers Inc. returned to Bradford Carver, Esq.: |
| 11/10/2004 |  | REASON: There is no motion on file in Worcester Superior Court. |
| 11/12/2004 | 52 | Stipulation of dismissal re: Plff. R.W. Granger & Sons Inc. and deft. |
| 11/12/2004 | 52 | Dave Gardner Contracting & Supply hereby stipulate that Granger's |
| 11/12/2004 | 52 | claims against Gardner and Gardner's counterclaim against Granger be |
| 11/12/2004 | 52 | dismissed with prejudice, without interest and without costs, and the |
| 11/12/2004 | 52 | parties waive rights of appeal and rights pursuant to MRCP 60 copies |
| 11/12/2004 | 52 | mailed 11/12/04 |
| 11/17/2004 | 53 | Stipulation of dismissal re: Plff. R.W. Granger & Sons, deft. Bass |
| 11/17/2004 | 53 | Assoc. Inc. and third party deft. United States Fidelity & Guaranty |
| 11/17/2004 | 53 | Co, hereby stipulate that Granger' claims against Bass, Bass' |
| 11/17/2004 | 53 | counterclaims against Granger, and Bass' third party complaint |
| 11/17/2004 | 53 | against USF&G be dismiss with prejudice, without interest and without |
| 11/17/2004 | 53 | costs and the parties waive rights of appeal copies mailed 11/22/04 |
| 11/23/2004 | 54 | Deft. Emanouil Brothers Inc. motion to amend its third party |
| 11/23/2004 | 54 | complaint, opposition of third party deft. United States Fidelity & |
| 11/23/2004 | 54 | Guaranty Co. to motion to amend third party complaint of Emanouil |
| 11/23/2004 | 54 | Brothers Inc. & cert. of service |
| 11/23/2004 | 55 | Deft. Emanouil Brothers Inc. motion for leave to file reply brief & |
| 11/23/2004 | 55 | opposition of third party deft. United States Fidelity & Guaranty Co. |
| 11/23/2004 | 55 | for leave to file reply brief |
| 11/29/2004 |  | MOTION (P#54) ALLOWED. The third party defendant is granted 20 days |
| 11/29/2004 |  | within which to answer the amended third party complaint (Francis R. |
| 11/29/2004 |  | Fecteau, Justice) Notices mailed December 01, 2004 |
| 11/29/2004 | 56 | Amended Third Party complaint of Deft, Emanouil Brothers Inc |
| 11/29/2004 |  | MOTION (P#55) DENIED (Francis R. Fecteau, Justice) Notices mailed |
| 11/29/2004 |  | December 01, 2004 |

# EXHIBIT C

{}

# Commonwealth of Massachusetts
## WORCESTER SUPERIOR COURT
### Case Summary
### Civil Docket

## RW Granger & Sons Inc v KMD Mechanical Corp et al

Details for Docket: WOCV2003-01659

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCV2003-01659 | **Caption:** | RW Granger & Sons Inc v KMD Mechanical Corp et al |
| **Filing Date:** | 08/22/2003 | **Case Status:** | Active |
| **Status Date:** | 03/29/2004 | **Session:** | Civil C (16 Worcester) |
| **Lead Case:** | NA | **Case Type:** | Most |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | A | **Discovery:** | 10/10/2005 |
| **Service Date:** | 11/20/2003 | **Disposition:** | 08/21/2006 |
| **Rule 15:** | 11/14/2004 | **Rule 12/19/20:** | 01/19/2004 |
| **Final PTC:** | 04/08/2006 | **Rule 56:** | 12/09/2005 |
| **Answer Date:** | 01/19/2004 | **Jury Trial:** | NO |

### Case Information

| | | | |
|---|---|---|---|
| **Docket Number:** | WOCV2003-01659 | **Caption:** | RW Granger & Sons Inc v KMD Mechanical Corp et al |
| **Filing Date:** | 08/22/2003 | **Case Status:** | Active |
| **Status Date:** | 03/29/2004 | **Session:** | Civil C (16 Worcester) |
| **Lead Case:** | NA | **Case Type:** | Construction dispute |

### Tracking Deadlines

| | | | |
|---|---|---|---|
| **TRK:** | A | **Discovery:** | 10/10/2005 |
| **Service Date:** | 11/20/2003 | **Disposition:** | 08/21/2006 |
| **Rule 15:** | 11/14/2004 | **Rule 12/19/20:** | 01/19/2004 |
| **Final PTC:** | 04/08/2006 | **Rule 56:** | 12/09/2005 |
| **Answer Date:** | 01/19/2004 | **Jury Trial:** | NO |

## Parties Involved

5 Parties Involved in Docket: WOCV2003-01659



 Defendant



Iaccarino & Sons Inc

KMD Mechanical Corp — Role: Defendant

Johnson Controls Inc — Role: Defendant/3rd party

RW Granger & Sons Inc — Role: Plaintiff

KMD Mechanical Corp — Role: Plaintiff/3rd party

## Attorneys Involved

**8 Attorneys Involved for Docket: WOCV2003-01659**

| Attorney Involved | | Firm Name: | NIXO01 |
|---|---|---|---|
| Last Name: | Puller | First Name: | A Damien |
| Address: | 101 Federal Street | Address: | |
| City: | Boston | State: | MA |
| Zip Code: | 02110 | Zip Ext: | |
| Telephone: | 617-345-1000 | Tel Ext: | |
| Facsimile: | 617-345-1300 | Representing: | Johnson Controls Inc, (Defendant/3rd party) |

| Attorney Involved: | | Firm Name: | NIXO01 |
|---|---|---|---|
| Last Name: | Leghorn | First Name: | Joseph J |
| Address: | 101 Federal Street | Address: | |
| City: | Boston | State: | MA |
| Zip Code: | 02110 | Zip Ext: | 1832 |
| Telephone: | 617-345-1000 | Tel Ext: | |
| Facsimile: | 617-345-1300 | Representing: | Johnson Controls Inc, (Defendant/3rd party) |

| Attorney Involved: | | Firm Name: | HOLL05 |
|---|---|---|---|
| Last Name: | Lizza | First Name: | Robert V |
| Address: | 10 Saint James Avenue | Address: | 11th Floor |
| City: | Boston | State: | MA |
| Zip Code: | 02116 | Zip Ext: | |
| Telephone: | 617-523-2700 | Tel Ext: | |
| Facsimile: | 617-523-6850 | Representing: | RW Granger & Sons Inc, (Plaintiff) |

| Attorney Involved: | | Firm Name: | HASS04 |
|---|---|---|---|
| Last Name: | Donnelly | First Name: | Gerard T |
| Address: | 484 Main Street | Address: | Suite 560 |
| City: | Worcester | State: | MA |
| Zip Code: | 01608 | Zip Ext: | |
| Telephone: | 508-791-6287 | Tel Ext: | |
| Facsimile: | 508-791-2652 | Representing: | KMD Mechanical Corp, (Defendant) |

| Attorney Involved | | Firm Name | BOWD01 |
|---|---|---|---|
| Last Name | Conte | First Name | Thomas J |
| Address | 311 Main Street | Address | PO Box 15156 |
| City | Worcester | State | MA |
| Zip Code | 01615 | Zip Ext | 0156 |
| Telephone | 508-926-3415 | Tel Ext | |
| Facsimile | 508-929-3006 | Representing | Iaccarino & Sons Inc, (Defendant) |

| Attorney Involved | | Firm Name | HASS04 |
|---|---|---|---|
| Last Name | Christie | First Name | Sarah B |
| Address | 484 Main Street | Address | Suite 560 |
| City | Worcester | State | MA |
| Zip Code | 01608 | Zip Ext | |
| Telephone | 508-791-6287 | Tel Ext | 23 |
| Facsimile | 508-791-2652 | Representing | KMD Mechanical Corp, (Defendant) |

| Attorney Involved | | Firm Name | HOLL05 |
|---|---|---|---|
| Last Name | DiNicola II | First Name | John W |
| Address | 10 Saint James Avenue | Address | 11th Floor |
| City | Boston | State | MA |
| Zip Code | 02116 | Zip Ext | |
| Telephone | 617-523-2700 | Tel Ext | |
| Facsimile | 617-523-6850 | Representing | RW Granger & Sons Inc, (Plaintiff) |

| Attorney Involved | | Firm Name | BOWD01 |
|---|---|---|---|
| Last Name | Conte | First Name | Thomas J |
| Address | 311 Main Street | Address | PO Box 15156 |
| City | Worcester | State | MA |
| Zip Code | 01615 | Zip Ext | 0156 |
| Telephone | 508-926-3415 | Tel Ext | |
| Facsimile | 508-929-3006 | Representing | Iaccarino & Sons Inc, (Defendant) |

## Calendar Events

1 Calendar Events for Docket: WOCV2003-01659

| No. | Event Date | Event Time | Calendar Event | SES | Event Status |
|-----|-----------|-----------|---------------|-----|-------------|
| 1 | 03/29/2004 | 14:00 | Motion/Hearing: Rule12 to Dismiss | C | Event held as schedul |

## Full Docket Entries

33 Docket Entries for Docket: WOCV2003-01659

| Entry Date | Paper No. | Docket Entry |
|-----------|-----------|-------------|
| 08/22/2003 | 1 | Complaint & civil action cover sheet filed |
| 08/22/2003 | | Origin 1, Type A12, Track A. |
| 08/25/2003 | | Filing fee paid in the amount of $240.00, surcharge in the amount of |
| 08/25/2003 | | $15.00 including $20.00 security fee.($275.00) |
| 08/29/2003 | 2 | SERVICE RETURNED: Iaccarino & Sons Inc(Defendant) service made on |
| 08/29/2003 | 2 | 8-28-03 (agent person in charge) |
| 09/03/2003 | 3 | SERVICE RETURNED: KMD Mechanical Corp(Defendant) service made on |
| 09/03/2003 | 3 | 8-29-03 (agent person in charge) |
| 11/10/2003 | 4 | ANSWER: KMD Mechanical Corp(Defendant) |
| 11/10/2003 | | CROSSCLAIM of KMD Mechanical Corp v Iaccarino & Sons Inc |
| 11/10/2003 | 5 | Complaint of 3d-party Plf KMD Mechanical Corp v Johnson Controls Inc |
| 11/10/2003 | 5 | along with filing fee in the amt of $260.00 including security fee |
| 11/10/2003 | 5 | rec'd |
| 11/10/2003 | 6 | Uniform Counsel Certification filed by Defendant's, attorney Gerard T |
| 11/10/2003 | 6 | Donnelly |
| 11/17/2003 | 7 | SERVICE RETURNED (3rd pty summons): Johnson Controls Inc, service |
| 11/17/2003 | 7 | made on November 12, 2003 (agent person in charge) |
| 12/23/2003 | | Attys Joseph J Leghorn and A Damien Puller notice of appearance for |
| 12/23/2003 | | Johnson Controls Inc |
| 12/23/2003 | 8 | ANSWER by (3d pty def): Johnson Controls Inc -CJ |
| 01/21/2004 | 9 | Defendant Iaccarino & Sons Inc's MOTION to dismiss, plf's memo in |
| 01/21/2004 | 9 | opposition, affid of Ernest E O'Brien in opposition, affid of |
| 01/21/2004 | 9 | compliance, list of documents, notice of filing, request for hearing, |
| 01/21/2004 | 9 | cert of service |
| 03/29/2004 | | Hearing on (P#9) held, matter taken under advisement. (John P. |
| 03/29/2004 | | Connor, Jr. , Justice) |
| 03/29/2004 | | MOTION (P#9) DENIED in the alternative this case is consolidated with |
| 03/29/2004 | | 2003- 1021 A ( MRCP 42 ) (John P. Connor, Jr. , Justice) Notices |

| 03/29/2004 | | mailed March 30, 2004 |
| 06/08/2004 | 10 | ANSWER: Iaccarino & Sons Inc(Defendant) -CJ |
| 06/08/2004 | | CROSSCLAIM of Iaccarino & Sons Inc v KMD Mechanical Corp |
| 06/18/2004 | 11 | Amended CROSSCLAIM of Iaccarino & Sons Inc v KMD Mechanical Corp |
| 07/02/2004 | 12 | ANSWER by KMD Mechanical Corp to CROSSCLAIM of Iaccarino & Sons Inc |