UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40127-FDS

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU,<br><br>        Plaintiff<br>v.<br><br>IACCARINO & SON, INC.,<br>R.W. GRANGER & SONS, INC.,<br>and KMD MECHANICAL CORPORATION,<br><br>        Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT IACCARINO & SON, INC.'S AUTOMATIC
DISCLOSURE PURSUANT TO FED.R.CIV. P. 26(a)(1) AND LOCAL RULE 26.2**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2(A), Defendant Iaccarino & Son, Inc. ("Iaccarino") makes the following automatic required disclosure.

    A. <u>Individuals Likely to Have Discoverable Information Relevant to Disputed Facts Alleged with Particularity.</u>

| Name | Address |
|---|---|
| Francis X. Iaccarino | Iaccarino & Son, Inc,<br>200 Shrewsbury Street<br>Boylston, MA  01505 |
| Ernest E. O'Brien | R.W. Granger & Sons, Inc.<br>415 Boston Turnpike<br>Shrewsbury, MA  01545 |
| Rick Heyn | KMD Mechanical Corporation<br>310 Southwest Cutoff<br>Worcester, MA  01604 |

      Richard DiNicola                    Employers Insurance of Wausau
                                                    P.O. Box 4834
                                                    Syracuse, NY 13221

      Patrick Janes                        Employers Insurance of Wausau
                                                    P.O. Box 4834
                                                    Syracuse, NY 13221

B.      <u>Copies of Documents, Data Compilations, and Tangible Things in the Possession, Custody or Control of Defendant and Relevant to Disputed Facts Alleged with Particularity.</u>

      1. Correspondence and written communications between Iaccarino & Son, Inc. ("Iaccarino") and R.W. Granger & Sons, Inc. ("Granger") regarding the subcontract for millwork for the new Shrewsbury High School ("Iaccarino Subcontract").

      2. The Iaccarino Subcontract.

      3. Pleadings filed in <u>R.W. Granger & Sons, Inc. v. Town of Shrewsbury, et al</u>, Worcester Superior Court Civil Action No. 03-01021-A, ("Worcester Superior A Session Case").

      4. Discovery requests and responses served by the parties in the Worcester Superior A Session Case.

      5. Pleadings filed in <u>R.W. Granger & Sons, Inc. v. Iaccarino & Son, Inc., et al</u>, Worcester Superior Court Civil Action No. 03-01659-C ("Worcester Superior C Session Case").

      6. Discovery requests and responses served by the parties in the Worcester Superior A Session Case.

C.      <u>Computation of Categories of Damages</u>

      1. No damages claim has been asserted by Iaccarino in this action at this time.

D.      <u>Insurance Agreements</u>

    Commercial General Liability Policy (Policy No. TBC-Z91-425443-022) for the period of January 28, 2002 to January 28, 2003 issued by Employers Insurance of Wausau.

                    IACCARINO & SON, INC.
                    By its attorneys,

*/s/ James P. Hoban*

Thomas J. Conte (BBO # 566092)
James P. Hoban (BBO #633929)
Bowditch & Dewey, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
(508) 791-3511

Date:   December 10, 2004