UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-40127-FDS

EMPLOYERS INSURANCE COMPANY
OF WAUSAU,

Plaintiff,

v.

IACCARINO & SONS, INC., R.W.
GRANGER & SONS, INC. and KMD
MECHANICAL CORPORATION

Defendants.

**DEFENDANT R.W. GRANGER &
SONS, INC.'S AUTOMATIC
DISCLOSURE PURSUANT TO
FED. R. CIV. P. 26 AND LOCAL
RULE 26.2**

Defendant R.W. Granger & Sons, Inc. ("Granger"), pursuant to Fed. R. Civ. P.

26(a)(1) and Local Rule 26.2(A), makes the following automatic required disclosure.

**A.      Individuals Likely To Have Discoverable Information**

R.W. Granger & Sons, Inc.:

Ernest E. O'Brien, President, Granger, 415 Boston Turnpike, Shrewsbury,

MA

Michael Tomasello, former Project Manager (Granger)

Brian Kelly, former Project Manager (Granger)

All such people have knowledge of the auditorium issues, KMD's failures,

Johnson Controls' failures, Iaccarino's failures, and remedial costs.

KMD Mechanical Corp.:

2460317_1.DOC

Dave Dupre, KMD Vice President, 310 Southwest Cutoff, Worcester, MA

Rick Heyn, KMD Project Manager

Mark Roy, KMD (position unknown)

Upon information and belief, such people have knowledge of the auditorium issues, KMD's failures, and Johnson Controls' failures

<u>Johnson Controls, Inc.</u>:

Mark Worchel, Johnson Project Manager

Donald Mann, Johnson Project Manager

Upon information and belief, such people have knowledge of the auditorium issues, KMD's failures, and Johnson Controls' failures

<u>Iaccarino & Sons, Inc.</u>:

Bill Martellotta, Iaccarino Project Manager, 200 Shrewsbury Street, Boylston, MA

Upon information and belief, Mr. Martellotta has knowledge of the auditorium issues and Iaccarino's failures.

<u>Lamoureux Pagano Associates (Architect) ("LPA")</u>:

Michael Pagano, Architect, 14 E. Worcester Street, Worcester, MA

Eric Moore, Architect

Todd Manning, Architect

Upon information and belief, all such people have knowledge of the auditorium issues, KMD's failures, Johnson Controls' failures and Iaccarino's failures.

<u>Town of Shrewsbury</u>

Dan Morgado, Shrewsbury Town Manager, 100 Maple Avenue, Shrewsbury,

MA

Upon information and belief, Mr. Morgado has knowledge of the auditorium

issues, KMD's failures, Johnson Controls' failures and Iaccarino's failures.

**B.      Copies Of Documents And Tangible Things Relevant To The
Dispute.**

1.      Correspondence and other communications between and among

Granger, KMD, Iaccarino, Johnson Controls, LPA, and the Town of Shrewsbury

relating to the auditorium issue.

2.      The purchase order between Granger and Iaccarino.

3.      The subcontract between Granger and KMD.

**C.      Damages.**

Granger does not assert damages in this action at this time.

**D.      Insurance Policies.**

There are no such insurance policies, pursuant to which an insurance carrier

could be held liable to satisfy all or part of a judgment in this action against

Granger.

R.W. GRANGER & SONS, INC.

By its attorneys,

HOLLAND & KNIGHT LLP

By: _____
Robert V. Lizza (BBO #302410)
John W. DiNicola, II (BBO #629618)
10 St. James Avenue
Boston, MA  02116
Tel. (617) 523-2700

Date:  December 13, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of December, 2004, I served a copy of Granger's Rule 26 Initial Disclosures by first class mail, postage pre-paid, upon:

James E. Harvey, Jr., Esquire
James F. Brosnan, Esquire
O'Malley and Harvey, LLP
Two Oliver Street, 9th Floor
Boston, MA 02109-4908
(617) 357-5544
Attorneys for Plaintiff

Thomas J. Conte, Esquire
Bowditch & Dewey LLP
P.O. Box 15156
311 Main Street
Worcester, MA 01615-0156
Attorneys for Iaccarino & Sons, Inc.

David Dlott, Esquire
Hassett & Donnelly, P.C.
484 Main Street, Suite 560
Worcester, MA 01608
Attorneys for KMD Mechanical Corporation

_____
John W. DiNicola, II

# 2460317_v1

4