UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40127FDS

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU<br>    Plaintiff,<br>v.<br><br>IACCARINO & SON, INC., R.W. GRANGER & SONS, INC., and KMD MECHANICAL CORPORATION<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ASSENTED TO MOTION TO ENLARGE TIME FOR FILING
OPPOSITION TO DEFENDANT IACCARINO & SON, INC.'S MOTION TO STAY**

The plaintiff Employers Insurance Company of Wausau ("Wausau") respectfully requests the Court to enlarge the time for filing its Opposition to defendant Iaccarino & Son, Inc.'s ("Iaccarino") Motion to Stay to January 7, 2005.  As good grounds for its motion, Wausau states:

1.  Iaccarino filed its Motion to Stay on December 10, 2004.

2.  Wausau's Opposition is presently due to be filed on December 28, 2004.

3.  Given counsel for Wausau's schedule and given the upcoming holidays, Wausau seeks a brief enlargement of time to January 7, 2005 to file its Opposition.

4.  Counsel for Iaccarino has assented to this Motion.

WHEREFORE, Wausau respectfully requests that the Court grant its Motion and enlarge the time for filing its Opposition to and including January 7, 2005.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU | IACCARINO & SON, INC., |
| By its attorneys, | By its attorney, |
| /s/JohnF.Brosnan | /s/ Thomas J. Conte |
| James E. Harvey, Jr./BBO #224920 | Thomas J. Conte/BBO #566092 |
| John F. Brosnan/BBO #556678 | James P. Hoban/BBO #633929 |
| O'MALLEY and HARVEY, LLP | Bowditch & Dewey, LLP |
| Two Oliver Street, 9th Floor | 311 Main Street |
| Boston, MA  02109-4908 | P. O. Box 15156 |
| Tel: 617-357-5544 | Worcester, MA  01615-0156 |
| Fax: 617-204-3477 | Tel: 508-791-3511 |