UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40127FDS

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY ) | |
| OF WAUSAU ) | |
|     Plaintiff, ) | |
| v. ) | |
| ) | |
| IACCARINO & SON, INC., R.W. GRANGER ) | |
| & SONS, INC., and KMD MECHANICAL ) | |
| CORPORATION ) | |
|     Defendants. ) | |

**AFFIDAVIT OF JOHN F. BROSNAN IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO STAY**

I, John F. Brosnan, affirm and state as follows:

1. I am a member in good standing of the Massachusetts bar and am admitted to practice before the United States District Court for the District of Massachusetts. I practice law in the firm of O'Malley and Harvey, LLP located at Two Oliver Street in Boston, Massachusetts. I represent Employers Insurance Company of Wausau ("Wausau") in the above-encaptioned action.

2. This Affidavit is made based upon my personal knowledge of the facts set forth below. This Affidavit is made in support of Wausau's Opposition to Defendant's Motion to Stay and serves to authenticate the Exhibits submitted by Wausau in connection with its Opposition.

3. Attached hereto as Exhibit 1 is a true copy of the Affidavit of Ernest E. O'Brien filed in the civil action encaptioned *Valley Forge Insurance Company v. R.W. Granger & Sons, Inc.*, Norfolk Superior Court Civil Action No. NOCV2003-01721 (the "Valley Forge Action"), together with Exhibit 3 to that Affidavit.

4. Attached hereto as Exhibit 2 is a true copy of the Supplemental Affidavit of Ernest E. O'Brien filed in the Valley Forge Action.

5. Attached hereto as Exhibit 3 is a true copy of the First Amended Complaint in the civil action encaptioned *R.W. Granger & Sons, Inc. v. Iaccarino & Sons, Inc., et al.*, Worcester Superior Court Civil Action No. WOCV2003-01021 (the "Backcharges Action").

6. Attached hereto as Exhibit 4 is a true copy of the Opposition of Employers Insurance Company of Wausau to Defendant Iaccarino & Son, Inc.'s Motion for Leave to File Third-Party Complaint in the Backcharges Action and the consolidated civil action encaptioned *R.W. Granger & Sons, Inc. v. KMD Mechanical Corp., et al.*, Worcester Superior Court Civil Action No. WOCV2003-01659 (the "Defective HVAC System Action") without the Exhibits.

7. Attached hereto as Exhibit 5 is a true copy of the Complaint in the Defective HVAC System Action.

8. Attached hereto as Exhibit 6 is a certified copy of the Commercial General Liability Policy that Wausau issued to Iaccarino & Son, Inc. having Policy No. TBC-Z91-425443-022 for the policy period from January 28, 2002 to January 28, 2003.

SIGNED UNDER PENALTIES OF PERJURY, THIS 7TH DAY OF JANUARY, 2005.

/s/John F. Brosnan
John F. Brosnan/BBO #556678
O'MALLEY and HARVEY, LLP
Two Oliver Street, 9th Floor
Boston, MA  02109-4908
Tel: 617-357-5544
Fax: 617-204-3477