802

# Wausau Insurance Companies

## HOME OFFICE: WAUSAU, WISCONSIN

## Affidavit

State of   WISCONSIN

SS

County   MARATHON

| Name of Insured | Policy No. |
|---|---|
| IACCARINO & SON, INC. | TBC-Z91-425443-022 |

KAREN M. WIZA _____ (name of the individual certifying to the correctness of the policy) being duly sworn on oath states that I am   INSURANCE ASSISTANT   (the correct job title for Wausau Insurance Companies). I have compared the insurance policy listed above with our copy of the insurance policy issued to the named insured and the attached is a true and exact copy of all the provisions in the original policy.

_Karen M. Wiza_

Subscribed and sworn to before me
on _May 7, 2004_
_Jane A. Bronowicz_
Notary Public

My commission expires _January 28, 2007_ (Seal)

IC9996
12-98

Page 1 of 1

J. S. Hoffert
Vice President - General Counsel
and Secretary



To:   Employers Insurance of Wausau Policyholder

Re:   Company Change of Name

Dear Policyholder:

Enclosed is a "Name Change Endorsement" to be attached to and made a part of the referenced policy.

EMPLOYERS INSURANCE OF WAUSAU A Mutual Company (EIOW) has changed its name to Employers Insurance Company of Wausau (EICOW) because the Company has converted to a stock insurance company. At the same time, a new Wausau mutual insurance holding company has been created.

More specifically, on November 21, 2001, EIOW's mutual holding company plan of restructuring was completed when the Wisconsin Office of the Commissioner of Insurance issued a Certificate of Authority to EICOW to conduct business. In addition, and as part of that mutual holding company plan and process, EIOW formed, as the direct parent of EICOW, Employers Insurance of Wausau Mutual Holding Company ("EIOWMHC"), a Wisconsin-domiciled mutual holding company. The new EIOWMHC holds all of the voting stock of EICOW. Pursuant to Wisconsin law, you, as a policyholder of EICOW, now have equity rights in EIOWMHC, while your prior equity rights in the prior EIOW mutual insurer no longer exist. Your EIOW policy contract rights continue uninterrupted in the new EICOW company.

One of the statutory requirements that had to be satisfied for EIOW's restructuring to be completed was that the Company's members approve its mutual holding company plan. At a special meeting of EIOW members held on November 20, 2001, 93% of eligible members voting were in favor of the mutual holding company plan.

In summary, the company that issued your policy continues to exist but is now doing business under its new name, Employers Insurance Company of Wausau. We have changed from a _mutual_ property and casualty insurer to a _stock_ property and casualty company. We will continue to conduct our business and operations in essentially the same manner as we have since Wausau Insurance issued its first policy in 1911.

J. Stanley Hoffert

**WAUSAU INSURANCE COMPANIES**
2000 WESTWOOD DRIVE • WAUSAU, WI 54401-7881 • (715) 842-6841
MAILING ADDRESS: P O BOX 8017 • WAUSAU, WI 54402-8017 • FAX: (715) 842-6800
Member of Liberty Mutual Group



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**NAME CHANGE ENDORSEMENT**

**Name Change:** Whenever in the policy, certificate or bond the name EMPLOYERS INSURANCE OF WAUSAU A Mutual Company is set forth, the name Employers Insurance Company of Wausau is hereby substituted.

The **Notice of Annual Meetings** and **Mutual Policy Conditions** of the policy are deleted and the following provisions substituted in lieu thereof:

**Participating Provision:** This policy is a participating policy. You will participate in the surplus funds of the Company through the distribution of dividends to the extent and upon the conditions fixed and determined by the Board of Directors and in accordance with applicable provisions of state law.

**Mutual Holding Company Provision:** Pursuant to the laws of the State of Wisconsin, as a policyholder of the Company, you are a member of the Employers Insurance of Wausau Mutual Holding Company and are entitled to vote either in person or by proxy at any and all meetings of the Employers Insurance of Wausau Mutual Holding Company. An annual meeting of Employers Insurance of Wausau Mutual Holding Company shall be held at the home office of the Company in the City of Wausau, Wisconsin, on the fourth Wednesday of May each year at 10:00 A.M.

All other provisions and conditions of the policy remain unchanged. The effective date of this endorsement is November 21, 2001.

ST 9014
11-01

Page 1 of 1

**WAUSAU INSURANCE COMPANIES**
2000 WESTWOOD DRIVE • WAUSAU, WI 54401-881 • (715) 845-5211
MAILING ADDRESS: P O BOX 8017 • WAUSAU, WI 54402-8017
Member of Liberty Mutual Group

Policy number TBC-Z91-425443-022

## Important Notice to Policyholders

Do you employ contractors or subcontractors? If so, you may be subject to added insurance costs.

You can minimize these added insurance costs by obtaining valid certificates of insurance from all of your contractors and subcontractors indicating presence of liability insurance. These certificates should be maintained for review by our auditor.

If you are unable to provide valid certificates at the time of audit, the contractor's or subcontractor's exposure may be added to your exposure and a primary insurance charge will be made based on the lack of other insurance. Recent court decisions have held general or principle contractors liable for the acts of uninsured subcontractors.

If you are able to produce valid certificates at the time of audit, an appropriate subcontracted work class such as the following will be added to your exposures such as:

   Contractors - Subcontracted Work - in connection with building construction, reconstruction, repair or erection - apartment or office buildings over four stories.

This is a secondary or contingent insurance charge based on the availability of other insurance which may apply to a loss involving you and your contractors or subcontractors.

We appreciate the opportunity to serve you and hope you will find this information useful. If you have questions about this or any other insurance matter, please contact your Wausau Insurance Companies representative.

Issued: 03-28-02

ST2000
03-87

Policy number TBC-Z91-425443-022

## Notice to Policyholders

## Truth and Consequences of Serving Liquor

In today's legal circles one who throws a party and serves alcohol is known as a "social host." It's defined as any individual or organization serving alcohol in a noncommercial setting, such as at a party, in a private home, or at an office.

The consequences are that courts now increasingly hold social hosts liable for liquor-related accidents. Simply making alcohol available, say at an office party after hours, may create liability for you.

Not only is there a financial concern, but there are also human concerns. Frequently, the participants are family, friends, or valued employees. If they're injured or they injure others in a post-party accident, you may be liable. In addition, the damage to your reputation within the community and industry can be devastating.

**What You Can Do**

As your insurer, we want to help you minimize your exposure to social host liability. Nearly half of the states recognize this liability now, but we feel the potential is there to eventually affect policyholders everywhere.

Consider the following suggestions to lessen your exposure. They may save the lives of associates, friends, family, and innocent third parties as well as help protect you financially and legally.

- Create a company policy statement, endorsed by management, for all social gatherings, clearly stating that the company will not serve anyone who appears intoxicated.

- Make nonalcoholic drinks available.

- Provide some company-sponsored alternative transportation at social functions for those who appear or feel intoxicated.

- Require proof of age.

- Hire a caterer to serve and provide liquor. If you are unable to do this, be sure to provide server training to help the servers identify intoxicated drinkers. And give servers the authority to discontinue serving customers who appear intoxicated.

**One Last Thought**

If you manufacture, distribute, sell, serve, or furnish alcohol beverages, your Commercial General Liability (CGL) policy excludes coverage for your liquor liability exposure. However, your CGL policy does cover your social host liability, as long as you are not in the business of manufacturing, selling, serving, or furnishing alcohol beverages.

If you want additional information on alcohol server liability in your state, contact your legal counsel.

Issued: 03-28-02

ST2018
10-94

## EMPLOYERS INSURANCE OF WAUSAU A Mutual Company

### Special Meeting of Members on Mutual Holding Company Plan

On September 14, 2000, the Board of Directors of EMPLOYERS INSURANCE OF WAUSAU A Mutual Company ("EIOW") approved a Mutual Holding Company Plan (the "Plan") whereby EIOW proposes to convert from a Wisconsin mutual company to a Wisconsin stock insurance company under a mutual holding company plan. EIOW's proposal is currently being reviewed by the Wisconsin Office of the Commissioner of Insurance and is subject to approval, after a public hearing, by the Wisconsin Commissioner of Insurance.

As a policyholder of EIOW, you will be eligible to vote on the Plan at the EIOW Special Meeting of Members that will be held at EIOW's home office located at 2000 Westwood Drive, Wausau, Wisconsin, all as more fully described in the Policyholder Information Statement that will be available shortly. The proposed reorganization is important to you and to EIOW, and you should find it relatively easy to inform yourself about it by obtaining a copy of the Policyholder Information Statement and the Plan -- by following the instructions contained in this notice.

You may vote for or against the Plan by proxy and need not attend the Special Meeting in person, although we would welcome your attendance at the Special Meeting to vote in person. **To vote by mail or in person, you must obtain a proxy from EIOW and either mail it in time to be received by EIOW by the date and time of the Special Meeting, which will be announced shortly, or present your proxy at the Special Meeting.**

To obtain a proxy, a copy of the Policyholder Information Statement, which includes a copy of the Plan, and learn the date of the Special Meeting, please phone 1-800-766-5474. These materials will be sent to you at **no charge.**

Alternatively, to obtain more information, including a draft copy of the Policyholder Information Statement and the Plan, please refer to Wausau's website address at www.wausau.com or the Wisconsin Office of the Commissioner of Insurance's website at badger.state.wi.us/agencies/oci. However, **to obtain a proxy,** you must call 1-800-766-5474 **and request a proxy.**

Please note that the Plan **does not affect the coverage** provided under the enclosed policy, nor will it increase your premium.

**YOU WILL NOT RECEIVE ANY ADDITIONAL INFORMATION BY MAIL ABOUT THE SPECIAL MEETING OR THE PLAN UNLESS YOU REQUEST IT. EIOW STRONGLY ENCOURAGES ALL OF ITS POLICYHOLDERS TO PARTICIPATE IN THE VOTE AT THE SPECIAL MEETING AND THEREFORE URGES YOU TO OBTAIN A PROXY, INFORM YOURSELF ABOUT THE PLAN, AND PARTICIPATE IN THE VOTE AT THE SPECIAL MEETING.**



IACCARINO & SON INC  
200 SHREWSBURY ST  
BOYLSTON MA 01505-1405

Policy No.: TBC-Z91-425443-022

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**MUTUAL HOLDING COMPANY ENDORSEMENT**

The **Mutual Policy Conditions** of the policy are changed by deleting the Mutual Holding Company Provision of such conditions, and substituting the following provision in lieu thereof:

**Mutual Holding Company Provision:** Pursuant to the laws of the State of Wisconsin, while this policy is in effect, you are a member of Liberty Mutual Holding Company, Inc., and are entitled to vote either in person or by proxy at any and all meetings of Liberty Mutual Holding Company, Inc. The Annual Meeting of Liberty Mutual Holding Company, Inc. is held in Boston, Massachusetts, on the second Wednesday in April of each year at 10:00 A.M.

All other provisions and conditions of the policy remain unchanged. The effective date of this endorsement is March 19, 2002.

ST 9015  
03-02

Page 1 of 1



J. S. Hoffert
Vice President - General Counsel
and Secretary

To:   Employers Insurance of Wausau Policyholder

Re:   Endorsement - Mutual Holding Company Merger

Dear Policyholder:

Enclosed is "Mutual Holding Company Endorsement" to be attached to and made a part of your policy.

Last year, EMPLOYERS INSURANCE OF WAUSAU A Mutual Company (EIOWAMC) changed its name to Employers Insurance Company of Wausau (EICOW). At the same time, EIOWAMC converted from a mutual insurance company to a stock insurance company; and a new holding company, Employers Insurance of Wausau Mutual Holding Company, was formed to hold all the stock of the newly named EICOW.

More specifically, on November 21, 2001, EIOWAMC's plan to convert to a mutual holding company structure was completed when the Wisconsin Office of the Commissioner of Insurance issued a Certificate of Authority for the Company to conduct business as a stock insurance company under its new name Employers Insurance Company of Wausau. As part of that restructuring plan, a new parent company of EICOW, Employers Insurance of Wausau Mutual Holding Company, a Wisconsin-domiciled mutual holding company, also was formed, and approved by the Wisconsin Commissioner of Insurance. As noted above, this holding company became the owner of all the EICOW stock. Pursuant to Wisconsin law, you, as an EICOW policyholder, became a member of and had equity rights in the new holding company. Your previous EIOWAMC insurance policy contract rights continued then, as they do now, uninterrupted in the new EICOW stock insurance company.

On March 19, 2002, the Employers Insurance of Wausau Mutual Holding Company merged with Liberty Mutual Holding Company, with the Liberty Mutual Holding Company being the surviving entity. This results in the Liberty Mutual Holding Company now being the ultimate parent company of Employers Insurance Company of Wausau. The merger of the two holding companies always has been an important part of both the Wausau and Liberty Companies reorganization plans.

The merger of the two mutual holding companies is the final step in Wausau's and Liberty's reorganization process which began approximately one and a half years ago, and such merger causes you, as an EICOW policyholder, now to be a member of the Liberty Mutual Holding Company. This member status is set forth in the enclosed policy endorsement.

Be assured that these changes will not affect Wausau conducting business in essentially the same manner as we have since we issued our first insurance policy in 1911.

If you have any questions, please feel free to contact me.

*JS Hoffert*

J. Stanley Hoffert

WAUSAU INSURANCE COMPANIES
2000 WESTWOOD DRIVE • WAUSAU, WI 54401-7881 • (715) 842-6841
MAILING ADDRESS: P O BOX 8017 • WAUSAU, WI 54402-8017 • FAX: (715) 842-6800
Member of Liberty Mutual Group

# COMMERCIAL LINES INSURANCE

---



AH0046  11-98

# Wausau Insurance Companies

## Common Policy Declarations

Policy number TBC-Z91-425443-022

Producer
WILLIS OF NEW HAMPSHIRE INC
95 S MAIN ST
PO BOX 5003
ROCHESTER NH 03867

Named Insured and Mailing Address
IACCARINO & SON, INC.
200 SHREWSBURY STREET
BOYLSTON MA 01505

Form of Business
CORPORATION

Premium Will Be Billed
MONTHLY

Assn 000

Policy Period:   01-28-2002   to   01-28-2003   at 12:01 A.M. standard time at above mailing address

In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.

| THIS POLICY CONSISTS OF THE FOLLOWING COVERAGES | PREMIUM |
|---|---|
| COMMERCIAL GENERAL LIABILITY - OCCURRENCE | $ 15,734 |
| Total Premium | $ 15,734 |

Issued by:
EMPLOYERS INSURANCE OF WAUSAU A Mutual Company
PO Box 8017
WAUSAU WISCONSIN 54402-8017

Countersigned By

Forms Applicable: See Attached Inventory

Authorized Company Representative

Issued: 03-28-02

IC0002
11-98

Page 1
See next page

## Common Policy Declarations (Continued)

Policy number TBC-Z91-425443-022

The following information, required by state regulation, is hereby affixed to the Common Policy Declarations page of your policy:

# EMPLOYERS INSURANCE OF WAUSAU A Mutual Company

### HOME OFFICE: WAUSAU, WISCONSIN

**Notice of Annual Meetings:** You are a member of the EMPLOYERS INSURANCE OF WAUSAU A Mutual Company, and are entitled to vote either in person or by proxy at any and all meetings of the Company. The annual meetings are held at our home office in Wausau, Wisconsin, on the fourth Wednesday of May each year at 10:00 A.M.

**Mutual Policy Conditions:** This policy is nonassessable. You are a member of the EMPLOYERS INSURANCE OF WAUSAU A Mutual Company while this policy is in force. As a member you will receive any dividends declared on this policy by the Board of Directors.

This policy is signed by Wausau, Wisconsin, on behalf of the EMPLOYERS INSURANCE OF WAUSAU A Mutual Company by our President and Secretary. It is countersigned in the Declarations by our authorized representative.

_____                              _____
Secretary                                                                                    President

Policy number TBC-Z91-425443-022

## Inventory
## Coverage Forms/Parts-Endorsements-Enclosures

COVERAGE FORMS/PARTS AND ENDORSEMENTS FORMING A PART OF THIS POLICY AT INCEPTION:

| Form Number | Edition Date | Title |
|---|---|---|
| IC0002 | 11-98 | COMMON POLICY DECLARATIONS |
| IC0001 | 10-91 | INVENTORY |
| IL 00 17 11 98 | 11-98 | COMMON POLICY CONDITIONS |
| IL 00 21 04 98 | 04-98 | NUCLEAR ENERGY LIABILITY EXCLUSION |
| GL0001 | 07-99 | CGL DECLARATIONS-OCCURRENCE |
| GL0078 | 01-92 | CLASSIFICATION DESCRIPTIONS |
| GL0075 | 01-92 | GENERAL LIABILITY SCHEDULE |
| GL0080 | 01-92 | GL SCHEDULE (MISCELLANEOUS CHARGES) |
| GL0060 | 07-98 | QUICK REFERENCE CGL - OCCURRENCE |
| CG 00 01 07 98 | 07-98 | CGL COVERAGE FORM |
| CG 00 57 09 99 | 09-99 | AMENDMENT - KNOWN INJURY OR DAMAGE |

ADDITIONAL COVERAGES

| | | |
|---|---|---|
| GL0416 | 02-96 | EMPLOYEE BENEFITS LIABILITY INSURANCE |
| GL0492 | 03-00 | WAUSAUCOVER - WHO IS AN INSURED |
| GL0493 | 03-00 | WAUSAUCOVER POLICY CONDITIONS |
| GL0494 | 03-00 | WAUSAUCOVER COVERAGE AMENDMENT |

EXCLUSIONS

| | | |
|---|---|---|
| CG 21 47 07 98 | 07-98 | EMPLOYMENT-RELATED PRACTICES EXCL |
| CG 21 51 09 89 | 09-89 | AMENDMENT OF LIQUOR LIABILITY EXCLUSION |
| CG 21 60 09 98 | 09-98 | EXCL-YR 2000 COMPUTER-RELATED PROBLEMS |

OTHER

| | | |
|---|---|---|
| GL2503 | 07-98 | AMDT OF LIMITS-DESG CONSTRUCTION PROJECT |

NOTICES

| | | |
|---|---|---|
| ST2000 | 03-87 | IMPORTANT NOTICE TO POLICYHOLDERS |
| ST2018 | 10-94 | TRUTH & CONSEQUENCES OF SERVING LIQUOR |
| ST9013 | 06-01 | EIOW SPECIAL MEETING |

Issued: 03-28-02

IC0001
10-91

## Common Policy Conditions

All Coverage Parts included in this policy are subject to the following conditions:

**A. CANCELLATION**

1. The First Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is canceled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. INSPECTIONS AND SURVEYS**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

Copyright, Insurance Services Office, Inc., 1998

2.  We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

    a.  Are safe or healthful; or

    b.  Comply with laws, regulations, codes or standards.

3.  Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4.  Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

E. **PREMIUMS**

The first Named Insured shown in the Declarations:

1.  Is responsible for the payment of all premiums; and

2.  Will be the payee for any return premiums we pay.

F. **TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.