## Employee Benefits Liability Insurance Endorsement (Continued)

    (1) has a Retroactive Date later than the date shown in this endorsement.

    (2) does not apply to "loss" on a claims made basis.

2. A Basic Extended Reporting Period is automatically provided without additional charge. This period starts with the end of the policy period and lasts for 60 days.

   The Basic Extended Reporting Period does not apply to claims that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such claims.

3. A Supplemental Extended Reporting Period of one year is available, but only by an endorsement and for an extra charge. This supplemental period starts sixty days after the end of the policy period.

   You must give us a written request for the endorsement within 60 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

   We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

   a. The exposures listed;

   b. Previous types and amounts of insurance;

   c. Limits of Insurance available under this endorsement for future payment of damages; and

   d. Other related factors.

   The additional premium will not exceed 200% of the annual premium for this endorsement.

   The insurance afforded for claims first received during the Supplemental Extended Reporting Period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period starts.

4. Extended Reporting Periods do not extend the policy period or change the scope of coverage provided. They apply only to claims for "loss" resulting from a negligent act, error or omission that occurs before the end of the policy period (but not before the Retroactive Date, if any, shown in this endorsement).

   Claims for such "loss" which are first received and recorded during the Basic Extended Reporting Period (or during the Supplemental Extended Reporting Period, if it is in effect) will be deemed to have been made on the last day of the policy period.

   Once in effect, Extended Reporting Periods may not be canceled.

5. Extended Reporting Periods do not reinstate or increase the Limits of Insurance applicable to any claim to which this endorsement applies.

**Employee Benefits Liability Insurance Endorsement (Continued)**

G. Revised Definitions

Paragraph 5. of Section V - Definitions is deleted and replaced by:

5. "Employee" means current or former employees, their spouses, their dependents, their estate, heirs, legal representatives, beneficiaries or assigns. "Employee" includes a "leased worker." "Employee" does not include a "temporary worker."

H. Additional Definitions

For the purposes of this endorsement only:

1. "Administration";

   a. means your:

      (1) Providing interpretations and giving advice to your "employees" regarding your "employee benefits program;"

      (2) Handling records in connection with your "employee benefits program;" and

      (3) Effecting the enrollment, termination or cancellation of "employees" under your "employee benefits program;" but

   b. does not include:

      (1) Any act, error or omission of any person acting in the capacity of a fiduciary under the Employee Retirement Income Security Act of 1974, as amended, and any rule or regulation relating to that act;

      (2) Any act, error or omission of an insurer or third party administrator;

      (3) The giving of legal counsel or the unauthorized practice of law; or

      (4) The giving of tax advice or making representations as to tax consequences.

2. "Employee benefits program" means any of the following employee benefit plans and programs:

   a. Group life insurance, group accident and health insurance, group dental insurance, employee pension plans, employee stock subscription plans, profit sharing plans, and disability benefits insurance;

   b. Any employee benefit plan or program described in the Schedule of this endorsement; or

   c. Any other employee benefit plan or program added to your "employee benefits program" after the effective date of this endorsement provided that written notice is given to us within 30 days after such plan or program is implemented; but

   "Employee benefits program" does not include workers compensation, unemployment compensation or Social Security.

## Employee Benefits Liability Insurance Endorsement (Continued)

3. "Loss" means benefits which should have been paid to any of your "employees" under your "employee benefits program," but which benefits will not be paid as a result of a negligent act, error or omission that occurred in the "administration" of your "employee benefits program."

   "Loss" shall include interest on such benefits that should have been paid, but shall not include:

   a. Any fines, taxes or penalties assessed against you as a result of your failure to comply with any federal, state or local law, statute, rule or regulation relating to your "employee benefits program";

   b. In the case of a funded "employee benefits program", any deductible, coinsurance, self-insured retention or other financial obligation retained by you which you would have been required to pay in the absence of any negligent act, error or omission in the "administration" of your "employee benefits program;"

   c. In the case of a self-funded "employee benefits program", any financial obligation for which you would have been liable in the absence of any negligent act, error or omission in the "administration" of your "employee benefits program;" or

   d. Any fines, taxes or penalties assessed against an "employee" as a result of any act, error or omission in the "administration" of your "employee benefits program."

### Schedule

Limits of Insurance:  $ 1,000,000    Per Employee Limit
                     $ 2,000,000    Aggregate Limit

Deductible:          1,000          Per Claim
Retroactive Date:    01-28-2002

Pursuant to Section H.2.b. of this endorsement, the following programs are included within the definition of "employee benefits program:"

Issued: 03-28-02

GL0416
02-96

Page 6
Last page

Policy number TBC-Z91-425443-022

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**WausauCover℠ - Who Is an Insured Amended**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

I. Broad Form Additional Named Insured
II. Incidental Medical Malpractice Liability Coverage
III. Broad Form Additional Insured
IV. Waiver of Right of Recovery by Written Contract or Agreement
V. Other Insurance Amendment

I. Broad Form Additional Named Insured

Throughout this policy the words "you" and "your" also refer to the additional named insureds listed in the Schedule of this endorsement. The following provisions also apply:

A. Paragraph 1. of SECTION II - WHO IS AN INSURED is deleted and replaced with the following:

1. If you are:

   a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   b. A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

   c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   d. An organization other than a partnership or joint venture, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

B. The named insured shown in the Declarations is authorized to act for each additional named insured in all matters pertaining to this insurance including, but not limited to, receipt of:

1. Notice of cancellation

2. Any returned premium; and

3. Any dividends which we may declare.

C. The named insured shown in the Declarations will pay the premium for the insurance afforded each additional named insured in accordance with the manual rules we use; provided that in the event of bankruptcy or insolvency of the named insured shown in the Declarations, each additional named insured will be responsible for and will pay us the premium for the insurance afforded respectively to each such additional named insured.

GL0492
03-00

Page 1
See next page

D. Paragraph 4.a. of SECTION II is deleted. Coverage is afforded for organizations you form or acquire during this policy period, other than joint ventures, until the end of the policy term.

II. Incidental Medical Malpractice Liability Coverage

With respect to "bodily injury" resulting from "medical malpractice" only, paragraphs 2.a.(1)(d) of SECTION II - WHO IS AN INSURED does not apply.

Coverage for "bodily injury" arising out of your "medical malpractice" is subject to the following additional provisions, conditions, definitions and exclusions:

A. "Medical malpractice" means malpractice, error or mistake in providing the following services:

 1. The rendering of or failure to render medical, surgical, dental, x-ray or nursing services or treatment, or the furnishing of food or beverages in connection with such services;

 2. The rendering of or failure to render any cosmetic or tonsorial service or treatment;

 3. The furnishing or dispensing of drugs; or

 4. The furnishing of medical, dental or surgical supplies or appliances.

B. This insurance for "bodily injury" resulting from "medical malpractice" does not apply to:

 1. Liability assumed by an insured under any contract or agreement;

 2. Liability of an insured acting as proprietor, superintendent or "executive officer" of any hospital, sanatorium, clinic with bed and board facilities, laboratory, nursing or convalescent home, home for the aged or infirm persons or other similar business enterprise;

 3. Liability of an insured arising out of the failure to disclose or concealment of information with respect to hazardous conditions within the workplace which cause or may potentially cause "bodily injury" to any "employee."

C. Any payment for "bodily injury" as a result of your "medical malpractice" shall serve to exhaust the General Aggregate Limit of Insurance shown on the Declarations.

D. The insurance afforded for "bodily injury" resulting from "medical malpractice" shall apply as excess insurance over any other insurance available to the insured, except other insurance under an umbrella or excess policy written specifically as excess over this insurance.

E. No "medical malpractice" coverage is provided for any insured who is a health care provider as defined in K.S.A. 40-3401, et seq., the Kansas Health Care Provider Availability Act.

III. Broad Form Additional Insured

Paragraph 2. of SECTION II - WHO IS AN INSURED is amended to add the following:

e. Additional Insured by Written Contract or Agreement

The following are insureds under the policy when you have agreed in a written contract or agreement to provide them coverage as additional insureds under your policy:

(1) Lessors of Leased Equipment: any person(s) or organization(s) leasing equipment to you, but only with respect to their liability arising out of the maintenance, operation or use by you of equipment leased to you by such person(s) or organization(s).

This insurance does not apply:

(a) To any "occurrence" which takes place after the equipment lease expires; or

(b) To "bodily injury" or "property damage" arising out of the sole negligence of the lessor.

(2) Owners, managers, or lessors of premises or land: any owner, manager or lessor of premises or land, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises or land leased to you.

This insurance does not apply to:

(a) Any "occurrence" which takes place after you cease to be a tenant in that premises or to lease that land; or

(b) Structural alterations, new construction or demolition operations performed by or on behalf of the owner, manager or lessor of that premises or land.

(3) Mortgagees, assignees or receivers: any person(s) or organization(s) with respect to their liability as mortgagee, assignee, or receiver and arising out of the ownership, maintenance or use of your premises.

This insurance does not apply to structural alterations, new construction and demolition operations performed by or for that person or organization.

(4) Grantors of permits: any state or political subdivision granting you a permit in connection with your premises, subject to the following additional provision:

This insurance applies only with respect to the following hazards for which the state or political subdivision has issued a permit in connection with the premises you own, rent or control and to which this insurance applies:

(a) The existence, maintenance, repair, construction, erection, or removal of advertising signs, awnings, canopies, cellar entrances, coal holes, driveways, manholes, marquees, hoistaway openings, sidewalk vaults, street banners or decorations and similar exposures; or

(b) The construction, erection, or removal of elevators; or

(c) The ownership, maintenance, or use of any elevators covered by this insurance.

(5) Grantor of franchise: any person(s) or organization(s) with respect to their liability as grantor of a franchise to you.

(6) Any person or organization other than a joint venture, for which you have agreed by written contract to procure "bodily injury" or "property damage" liability insurance, but only for liability arising out of operations performed by you or on your behalf, provided that:

(a) This subparagraph (6) does not apply to any agreement to provide insurance to:

(i) An "employee," association of "employees" or labor union, except with respect to work performed by or for you or for such "employee," association of "employees" or labor union under direct contract between you as contractor and such "employee," association of "employees" or labor union as owners;

  (ii) Any railroad company except with respect to work performed by or for you for such railroad company under direct contract or agreement between you and such railroad company;

  (iii) Any person or organization whose profession, business or occupation is that of an architect, surveyor or engineer with respect to liability arising out of the preparation or approval of maps, drawings, opinions, reports, surveys, change orders, designs, specification or the performance of any other professional services by such person or organization;

  (iv) Any of your subcontractors, or any partner, officer, agent or "employee" of such subcontractor; or

  (v) Anyone more specifically covered in subparagraphs e.(1) through (5) above.

 (b) The insurance afforded to any person or organization as an insured under this subparagraph (6):

  (i) Shall include only the insurance that is required to be provided by the terms of such agreement to procure insurance, and then only to the extent that such insurance is included within the terms of this policy, and a person or organization's status as an insured under this endorsement ends when your operations for that insured are completed; and

  (ii) Does not apply to "bodily injury" or "property damage" included within the "products/completed operations hazard" unless such coverage is required by an "insured contract" between you and the additional insured.

The limits of insurance applicable to such insurance shall be the lesser of the limits required by the agreement between the parties or the limits provided by this policy.

The insurance afforded to any person or organization as an insured under this subparagraph 2.e. does not apply to "bodily injury" or "property damage" which occurs prior to the date of your contract or written agreement with such person or organization.

f. Vendors

Any person or organization (referred to as vendor) you have agreed to provide insurance coverage as a vendor, but only with respect to "bodily injury" or "property damage" arising out of "your products" which are distributed or sold in the regular course of the vendor's business. However, no vendor is an insured with respect to "bodily injury" or "property damage" caused by "your products" which are not manufactured or sold in the United States of America (including its territories and possessions), Puerto Rico or Canada.

(1) The insurance afforded the vendor does not apply to:

 (a) "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

 (b) Any express warranty unauthorized by you;

 (c) Any physical or chemical change in the product made intentionally by the vendor;

 (d) Repackaging, unless unpacked solely for the purpose of inspection, demonstration, testing, or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

 (e) Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

 (f) Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product; or

 (g) Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor.

(2) This insurance does not apply to any insured person or organization from whom you have acquired such products, or any ingredient, part or container, entering into, accompanying or containing such products.

(3) This insurance does not apply to any product excluded from this policy by another endorsement or provision.

g. Volunteer Workers and Social Service Agencies

Any person(s) who are volunteer worker(s) for you are insureds, and any social service agencies on whose behalf the volunteer workers are working for you are also insureds, but only while the volunteer workers are acting at the direction of, and within the scope of their duties for you. However, none of these volunteer workers or social service agencies are insured for:

(1) "Bodily injury" or "personal and advertising injury" to:

 (a) Co-volunteers or your "employees" arising out of and in the course of their duties for you; or

 (b) You or, if you are a partnership or joint venture, any partner or member.

(2) "Property damage" to property owned, occupied or used by, rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by:

 (a) A co-volunteer or your "employee":

 (b) You or, if you are a partnership or joint venture, any partner or member.

IV. Waiver of Right of Recovery by Written Contract or Agreement

We waive any right of recovery because of payments we make for injury or damage arising out of your ongoing operations or "your work" included in the "products-completed operations hazard" that we may have against any person or organization with whom you have agreed, in a written contract or agreement made prior to the date of the "occurrence," to waive your rights of recovery from such person or organization, but only for payments made under the policy and resulting from that contract.

V. Other Insurance Amendment

Paragraph 4.a. of SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS is deleted and replaced with the following:

a. Primary Insurance

This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below, except that we will not seek contribution from any party with whom you have agreed in a written contract or agreement that this insurance will be primary and noncontributory, if the written contract or agreement was made prior to the subject "bodily injury," "property damage," or "personal and advertising injury."

**Schedule**

Additional Named Insureds:
NO ADDITIONAL NAMED INSUREDS

Policy number TBC-Z91-425443-022

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WausauCover℠ - Policy Conditions Amendment

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

I.   Duties in the Event of Occurrence, Offense, Claim or Suit
II.  Unintentional Errors or Omissions
III. Notice of Cancellation, Non-renewal or Material Change
IV.  Worldwide Coverage Territory
V.   Supplementary Payments
VI.  Two or More Coverage Parts or Policies Issued by Us

I.   Duties in the Event of Occurrence, Offense, Claim or Suit

Paragraph 2. of SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS is deleted and replaced with the following:

2.  Duties in the Event of Occurrence, Offense, Claim or Suit

    a. You, your insurance manager or any other person you designate must see to it that we, or our authorized agents, are notified as soon as reasonably possible of an "occurrence" or offense which may result in a claim. Notice should include:

       (1) How, when and where the "occurrence" or offense took place;

       (2) The names and addresses of any injured persons and witnesses; and

       (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

       Knowledge of an "occurrence" or offense by your agent, servant or "employee" is not considered knowledge by you unless your insurance manager or other designated person has received notice from your agent, servant or "employee."

    b. If a claim is made or "suit" is brought against any insured, you must:

       (1) Immediately record the specifics of the claim or "suit" and the date received; and

       (2) Notify us as soon as reasonably possible.

       If you report any "occurrence", offense, claim or suit to your workers compensation or automobile liability insurance carrier and the "occurrence", offense, claim or "suit" later develops into a claim under this policy, failure to report such "occurrence", offense, claim or "suit" shall not be considered a violation of this condition. However, as soon as you become aware that the particular "occurrence", offense, claim or "suit" is a commercial general liability claim or "suit", you must give prompt notification to us.

    c. You and any other involved insured must:

GL0493  
03-00

Page 1  
See next page

      **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      **(2)** Authorize us to obtain records and other information;

      **(3)** Cooperate with us in the investigation, settlement or defense of the claim or "suit"; and

      **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

    **d.** No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**II. Unintentional Errors and Omissions**

Any unintentional error or omission in the description of, or failure to completely describe, any premises or operations intended to be covered by this Commercial General Liability Coverage Part will not invalidate or affect coverage for those premises or operations. However, you must report any such error or omission to us as soon as reasonably possible after its discovery.

**III. Notice of Cancellation or Material Change**

In the event we cancel or non-renew this policy or make a material change that reduces or restricts the insurance afforded by the Commercial General Liability Coverage Part, we agree to mail prior written notice of cancellation, non-renewal or material change to the name(s) and address(es) shown in the Schedule of this endorsement. The number of days of advance notice of cancellation, non-renewal or material change sent to the name(s) shown in the Schedule shall be equal to or greater than the statutory requirement and can never be less than the mandated period.

**IV. Worldwide Coverage Territory**

Paragraph 4. of SECTION V - DEFINITIONS is deleted and replaced with the following:

**4.** "Coverage territory" means all parts of the world subject to the following provisions:

    **a.** With respect to claims made or "suits" brought against the insured in courts elsewhere than in the United States of America, its territories or possessions, Puerto Rico or Canada, we have the right, but we have no duty to defend, at our discretion, any claim or "suit" seeking damages covered by the policy. We may investigate and settle any such claim or "suit" at our discretion. If we elect not to defend, investigate or settle the claim or "suit," you, under our supervision, must either investigate and defend the claim or "suit" yourself or arrange for the claim or "suit" to be investigated and defended. You may settle such claim or "suit" only after we have agreed with you that it is prudent to do so and then only after we have given our specific authorization.

    If you have complied with the provisions of this paragraph, after the claim or "suit" has been resolved by settlement or judgment, we will reimburse you for your reasonable cost of investigating, settling or defending the claim or "suit," You will be reimbursed in currency of the United States at the rate of exchange prevailing on the date we reimburse you.

    **b.** The insurance afforded by this coverage with respect to "your products", applies only to "your products" which are manufactured or sold in the United States of America (including its territories and possessions), Puerto Rico and Canada.

    **c.** We are not an admitted or authorized insurer outside of the United States of America (including its territories and possessions), Puerto Rico or Canada and assume no responsibility for the furnishing of certificates or evidence of insurance, or bonds, or for compliance in any way with the laws of other countries relating to liability insurance.

    d. With respect to claims made or "suits" brought outside of the United States of America including its territories and possessions, Puerto Rico and Canada:

        (1) This insurance does not apply to the extent that any other valid and collectible insurance, whether on a primary, excess, or contingent basis, is available to you; and

        (2) This insurance applies only to the named insured.

V. Supplementary Payments

Paragraph 1.b.. of SECTION I - SUPPLEMENTARY PAYMENTS - COVERAGES A AND B is deleted and replaced with the following:

    2. Up to $1000 for the cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

VI. Two or More Coverage Parts or Policies Issued by Us

If any claim or "suit" arising out of an "occurrence" or offense covered under this Coverage Part is also subject to coverage under any other Coverage Part or policy issued by us or by any company affiliated with us, the total maximum limit of liability under all Coverage Parts or policies shall not exceed the highest applicable limit of liability under any one Coverage Part or policy. This condition does not apply to any Coverage Part or policy that is specifically issued as excess insurance over this Coverage Part.

**Schedule**

Notice of Cancellation, Non-renewal or Material Change:

| Name | Address | Nbr of Days |
|---|---|---|
| | (if none shown, the address on the Declarations will be used) | |
| N/A | N/A | |

GL0493
03-00

Page 3
Last page

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WausauCover℠ - Coverage Amendment

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

I. Expected or Intended Injury from Reasonable Force
II. Non-Owned Watercraft
III. Broad Form Property Damage
IV. Limited Tenants Legal Liability
V. Bodily Injury Redefined
VI. Insured Contract Redefined
VII. Mobile Equipment Redefined
VIII. Personal and Advertising Injury Redefined

I. Expected or Intended Injury from Reasonable Force

Paragraph 2.a. of SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY is deleted and replaced with the following:

2. Exclusions

   This insurance does not apply to:

   a. "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

II. Non-owned Watercraft

Paragraph 2.g.(2) of SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY is deleted and replaced with the following:

(2) A watercraft you do not own that is:

   (a) Less than or equal to 60 feet in length; or

   (b) Not being used to carry persons or property for a charge.

III. Broad Form Property Damage

Paragraph 2.j. of SECTION I - COVERAGES, COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY is deleted and replaced with the following:

j. "Property damage" to:

   (1) Property you own, rent or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any of those premises;

(3) Personal property of others:

  (a) Held by the insured as goods for sale;

  (b) Which the insured is storing or transporting for a fee;

  (c) Belonging to the insured's guests and customers when the insured is operating as an innkeeper;

  (d) Which is also subject to exclusions g. and h. above; or

  (e) Which is more specifically described in this policy or in any other valid and collectible insurance issued to any insured;

(4) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(5) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (4) and (5) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (5) of this exclusion does not apply to "property damage" included in the "products/completed operations hazard."

IV. Limited Tenants Legal Liability

  A. The Damage To Premises Rented To You Limit shown on the Declarations is changed to the Limited Tenants Legal Liability Limit, and is the greater of the amount shown or $300,000.

  B. Paragraph 6. of SECTION III - LIMITS OF INSURANCE is deleted and replaced with the following:

   6. Subject to 5 above, the Limited Tenants Legal Liability Limit is the most we will pay under Coverage A for damages because of "property damage" to premises rented to you, as a result of an "occurrence" caused by fire, lightning, explosion, smoke, leakage from fire protective systems, or any combination thereof.

  C. Paragraph 4.b. of SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS is deleted and replaced with the following:

   b. Excess Insurance

    This insurance is excess over any of the other insurance, whether primary, excess, or contingent or on any other basis:

    (1) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

    (2) That is insurance for premises rented to you for damage to such premises resulting from fire, lightning, explosion, smoke, leakage from fire protective systems, or any combination thereof; or

(3) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of COVERAGE A (SECTION I).

When this insurance is excess, we will have no duty under Coverages A and B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over any other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**D.** The last paragraph of SECTION I, COVERAGE A (after the exclusions) is deleted and replaced with the following:

Exclusions c. through n. do not apply to damage by fire, lightning, explosion, smoke, leakage from fire protective systems, or any combination thereof, to premises while rented to you. A separate limit of insurance applies to this coverage as described in SECTION III - LIMITS OF INSURANCE.

**V.** Bodily Injury Redefined

Paragraph 3. of SECTION V - DEFINITIONS is deleted and replaced with the following:

3. "Bodily injury" means bodily injury, sickness, disease, mental injury, mental anguish, shock or fright sustained by a person, including death resulting from any of these at any time; but "bodily injury" does not include injury arising out of any of the offenses designated in the definition of "personal and advertising injury."

**VI.** Insured Contract Redefined

Paragraph 9. of SECTION V - DEFINITIONS is deleted and replaced with the following:

9. "Insured contract" means:

   **a.** A lease of premises;

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement; or

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in absence of any contract or agreement.