UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, | ) ) ) | CIVIL ACTION NO. 04-40127-FDS |
| Plaintiff | ) | |
| v. | ) ) | |
| IACCARINO & SON, INC., R.W. GRANGER & SONS, INC., and KMD MECHANICAL CORPORATION, | ) ) ) ) ) | |
| Defendants | ) | |

**JOINT MOTION TO CORRECT SCHEDULING ORDER**

Plaintiff, Employers Insurance Company of Wausau ("Wausau"), and defendants Iaccarino & Son, Inc. ("Iaccarino"), R.W. Granger & Sons, Inc. ("Granger"), and KMD Mechanical Corporation ("KMD") (sometimes collectively the "Parties"), jointly move to correct the Scheduling Order entered in this action, a copy of which is attached hereto as Exhibit A. As grounds for this motion, the Parties state as follows:

1.  At the Scheduling Conference, the Court accepted the Parties' proposed timetable for discovery and motion practice, in which the Parties proposed that the deadline for serving written discovery would be March 31, 2005. A true and accurate copy of the Parties' Local Rule 16.1(D) Joint Statement reflecting that proposed timetable is attached hereto as Exhibit B.

2.  The Scheduling Order, as issued, contains an apparent clerical error in that it sets the service deadlines for written discovery as January 31, 2005 (See Exhibit A, ¶¶3.a. and 3.b.).

3. As such, the Parties request that the Court permit the Scheduling Order to be corrected to reflect the March 31, 2005 written discovery service deadline proposed by the Parties and accepted by the Court at the Scheduling Conference.

WHEREFORE, the Parties respectfully request that the Court correct the fact discovery deadlines contained in Paragraphs 3.a. and 3.b. of the Scheduling Order as follows:

3.a. All requests for production of documents and interrogatories must be served by **March 31, 2005**.

3.b. All requests for admission must be served by **March 31, 2005**.

| EMPLOYERS INSURANCE COMPANY OF WAUSAU<br>By its attorneys, | IACCARINO & SON, INC.<br>By its attorneys, |
|---|---|
| /s/ John F. Brosnan<br>James E. Harvey, Jr. (BBO#224920)<br>John F. Brosnan (BBO#556678)<br>O'MALLEY and HARVEY, LLP<br>Two Oliver Street, 9th Floor<br>Boston, MA 02109-4908<br>Tel.: (617) 359-5544<br>Fax.: (617)204-3477 | /s/ James P. Hoban<br>Thomas J. Conte (BBO#566092)<br>James P. Hoban (BBO#633929)<br>BOWDITCH & DEWEY, LLP<br>311 Main Street<br>P.O. Box 15156<br>Worcester, MA 01615-0156<br>Tel.: (508) 791-3511<br>Fax.: (508) 756-7636 |
| R.W. GRANGER & SONS, INC.<br>By its attorney, | KMD MECHANICAL CORP.<br>By its attorney, |
| /s/ John W. DiNicola, II<br>John W. DiNicola, II (BBO#629618)<br>HOLLAND & KNIGHT, LLP<br>10 St. James Avenue<br>Boston, MA 02116<br>Tel.: (617) 523-2700<br>Fax.: (617) 523-6850 | /s/David Dlott<br>David Dlott, Esquire (BBO#658192)<br>HASSETT & DONNELLY, P.C.<br>484 Main Street, Suite 560<br>Worcester, MA 01608<br>Tel.: (508) 791-6287<br>Fax.: (508) 791-2652 |

Date:   January 26, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), I, James P. Hoban, counsel for defendant, Iaccarino & Son, Inc., hereby certify that I conferred with John F. Brosnan, counsel for plaintiff, Employers Insurance of Wausau, on Tuesday, January 25, 2005, by telephone and he joined in this motion. I also conferred with John W. DiNicola, II, counsel for defendant, R.W. Granger & Sons, Inc., on Wednesday, January 26, 2005 and he joined in this motion. I also conferred with David Dlott, counsel for defendant, KMD Mechanical Corporation, on Wednesday, January 26, 2005 and he joined in this motion.

/s/James P. Hoban
James P. Hoban