UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-40127FDS

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY | ) |
| OF WAUSAU | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) |
| IACCARINO & SON, INC., R.W. GRANGER | ) |
| & SONS, INC., and KMD MECHANICAL | ) |
| CORPORATION | ) |
|     Defendants. | ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY IN CONNECTION WITH ITS MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff Employers Insurance Company of Wausau ("Wausau") respectfully requests, pursuant to Local Rule 7.1(B)(3), leave of Court to file a Reply in connection with its Motion for Leave to File Amended Complaint. The filing of a Reply is necessary to address certain misstatements of the law contained in the Defendant Iaccarino & Son, Inc.'s ("Iaccarino") Opposition to Motion for Leave to File Amended Complaint. Wausau's proposed Reply is filed herewith. Additionally, the filing of a Reply will serve to focus and narrow the issues for the Court.

WHEREFORE, Wausau respectfully requests that the Court grant its Motion and permit it to file its Reply.

**LOCAL RULE 7.1 CERTIFICATION**

In accordance with Local Rule 7.1.(A)(2), I, John F. Brosnan, certify that I have conferred with James P. Hoban, counsel for Iaccarino & Son, Inc., and he has assented to the filing of a Reply provided that he is afforded an opportunity to file a Surreply. I have so agreed.

**EMPLOYERS INSURANCE COMPANY OF**

**WAUSAU**
By its attorneys,


\s\ John F. Brosnan
James E. Harvey, Jr./BBO #224920
James F. Brosnan/BBO #556678
O'MALLEY and HARVEY, LLP
Two Oliver Street, 9th Floor
Boston, MA  02109-4908
Tel: 617-357-5544
Fax: 617-204-3477