UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, | ) ) ) | CIVIL ACTION NO. 04-40127-FDS |
| Plaintiff | ) | |
| v. | ) ) | |
| IACCARINO & SON, INC., R.W. GRANGER & SONS, INC., and KMD MECHANICAL CORPORATION, | ) ) ) ) ) | |
| Defendants | ) | |

**IACCARINO & SON, INC.'S ASSENTED-TO MOTION FOR LEAVE TO FILE SURREPLY MEMORANDUM CONCERNING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Defendant Iaccarino & Son, Inc. ("Iaccarino") moves this Court for leave to file a brief Surreply Memorandum addressing certain issues raised by Employers Insurance Company of Wausau ("Wausau") in its Reply Memorandum filed on February 1, 2005. In support of this motion Iaccarino states that the Memorandum will assist the Court in reaching its determination and that Wausau has assented to the allowance of the motion.

WHEREFORE, Iaccarino requests that the Court grant it leave to file a brief Surreply Memorandum and grant such other relief as the Court deems just and appropriate.

IACCARINO & SON, INC.
By its attorneys,


/s/ James P. Hoban
Thomas J. Conte (BBO#566092)
James P. Hoban (BBO#633929)
BOWDITCH & DEWEY, LLP
311 Main Street
P.O. Box 15156
Worcester, MA 01615-0156
Tel.: (508) 791-3511

Date:    February 22, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), I, James P. Hoban, counsel for defendant, Iaccarino & Son, Inc., hereby certify that I conferred with John F. Brosnan, counsel for plaintiff, Employers Insurance Company of Wausau, on or about February 1, 2005, by telephone and he assented to the allowance of this motion.


/s/James P. Hoban
James P. Hoban

{J:\CLIENTS\lit\303407\0003\00510434.DOC;1}            2