UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY ) | CASE NO.: 04-40127-FDS |
| OF WAUSAU, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| IACCARINO & SONS, INC., R.W. GRANGER ) | |
| & SONS, INC. AND ) | |
| KMD MECHANICAL CORPORATION, ) | |
|     Defendants. ) | |

## WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

Please accept my withdrawal of appearance for the defendant, KMD Mechanical Corporation, in the above-captioned matter.

                                            KMD MECHANICAL
                                            CORPORATION

                                            David Dlott, Esquire #658192
                                            Hassett & Donnelly, P.C.
                                            484 Main Street, Suite 560
                                            Worcester, MA 01608

Dated: February 25, 2005              (508) 791-6287

## CERTIFICATE OF SERVICE

I, David Dlott, do hereby certify that I have served a copy of this Notice of Withdrawal to all parties by first class mail, postage prepaid, this 25th day of February, 2005, to:

| | |
|---|---|
| John W. DiNicola, II, Esquire | Gina Fonte, Esquire |
| Robert V. Lizza, Esquire | Peter G. Hermes, Esquire |
| Holland & Knight, LLP | Hermes, Netburn, O'Connor & Spearing |

10 St. James Avenue
Boston, MA 02116

Thomas J. Conte, Esquire
Bowditch & Dewey LLP
311 Main Street
Worcester, MA 01608

Kirk W. Bransfield, Esquire
Donald R. Bumiller, Esquire
447 Broadway
Lynn, MA 01904

T. Philip Leader, Esquire
34 Mechanic Street
Worcester, MA 01608

Donald F. Bruck, Esquire
12 Garfield Circle
Burlington, MA 01803

Edwin J. Fremder, Esquire
Emanual N. Bardanis, Esquire
Corwin & Corwin, LLP
One Washington Mall
Boston, MA 02108

William D. Jalkut, Esquire
Fletcher, Tilton & Whipple, P.C.
The Guaranty Building
370 Main Street, 12th Floor
Worcester, MA 01608

Emanuel N. Bardanis, Esquire
Corwin & Corwin, LLP
1 Washington Mall
Boston, MA 02108

111 Devonshire Street, 8th Fl.
Boston, MA 02109

Robert P. Garrity, Esquire
Garrity and Knisley
21 Merchants Row – Suite 3B
Boston, MA 02109

Jon C. Mazuy, Esquire
Corwin & Corwin, LLP
One Washington Mall
Boston, MA 02108

James W. Savage, Esquire
44 Byfield Road
Newton, MA 02468

Robert N. Meltzer, Esquire
P.O. Box 1459
Framingham, MA 01701

Patrick J. Sullivan, Esquire
Heafitz & Sullivan LLP
56 Chestnut hill Avenue
Boston, MA 02135

Joseph J. Leghorn, Esquire
A. Damien Puller, Esquire
Nixon Peabody LLP
101 Federal Street
Boston, MA 02110

_____
David Dlott, Esquire