UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY, ) <br> OF WAUSAU, ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> IACCARINO & SON, INC. ) <br> R.W. GRANGER & SONS, INC., AND ) <br> KMD MECHANICAL CORPORATION, ) <br>     Defendants. ) | CIVIL ACTION NO. NO. 04-40127 FDS |

## DISCOVERY STIPULATION PURSUANT TO FED. R. CIV. P. 29

In accordance with the provisions of Fed. R. Civ. P. 29, 33, 34, and 36, Employers Insurance Company of Wausau ("Wausau") and Iaccarino & Son, Inc. ("Iaccarino") hereby stipulate and agree that Wausau shall have an additional thirty (30) days to serve its responses to Iaccarino's First Requests for Admissions, First Set of Interrogatories and First Request for Production of Documents which Iaccarino served via first class mail on March 22, 2005. Accordingly, pursuant to this stipulation, Wausau's responses will now be due on May 25, 2005.

| PLAINTIFF, <br> EMPLOYERS INSURANCE COMPANY OF WAUSAU <br> By its attorneys, <br><br> /s/JohnF.Brosnan <br> James E. Harvey, Jr./BBO #224920 <br> John F. Brosnan/BBO #556678 <br> O'MALLEY and HARVEY, LLP <br> Two Oliver Street, 9th Floor <br> Boston, MA  02109-4908 <br> Tel: 617-357-5544 <br> Fax: 617-204-3477 | DEFENDANT, <br> IACCARINO & SON, INC., <br> By its attorney, <br><br><br> /s/ James P. Hoban <br> Thomas J. Conte/BBO #566092 <br> James P. Hoban/BBO #633929 <br> Bowditch & Dewey, LLP <br> 311 Main Street <br> P. O. Box 15156 <br> Worcester, MA  01615-0156 <br> Tel: 508-791-3511 |