UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY, )<br>OF WAUSAU, )<br>    Plaintiff, )<br>     )<br>v. )<br>     )<br>IACCARINO & SON, INC. )<br>R.W. GRANGER & SONS, INC., AND )<br>KMD MECHANICAL CORPORATION, )<br>    Defendants. ) | CIVIL ACTION NO. NO. 04-40127 FDS |

**JOINT MOTION TO RESCHEDULE STATUS
CONFERENCE AND MODIFY THE SCHEDULING ORDER**

The parties now jointly move to reschedule a status conference presently set for July 7, 2005, at 3:00 p.m., and to modify the Court's Scheduling Order to extend the Deadlines by a period of ninety (90) days. As grounds for their motion, the parties state as follows:

1. This case concerns an insurance coverage dispute between Employers Insurance Company of Wausau ("Wausau") and Iaccarino & Son, Inc. ("Iaccarino").

2. On or about December 10, 2004, Iaccarino filed a Motion to Stay this action in favor of two pending Worcester Superior Court actions. One month later, Wausau filed a Motion for Leave to File Amended Complaint on or about January 10, 2005 to assert new claims, including a claim for restitution/reimbursement of defense costs.

3. Those motions were pending for approximately six (6) months and were just recently ruled on by the Court in a Memorandum of Decision and Order entered on or about June 5, 2005, denying the Motion to Stay and allowing the Motion for Leave to File Amended Complaint.

4. Although the parties completed their initial disclosures and paper discovery on the

claims asserted in the original complaint in accordance with the deadlines set in the Court's original Scheduling Order, no depositions were taken during the pendency of the motions.

5. Indeed, it has only recently become clear that the merits of the coverage dispute would be litigated in this Court. Similarly, the scope of the claims asserted has just been expanded by the allowance of the Motion for Leave to File Amended Complaint.

6. Paragraph 1.b. of the Procedural Provisions of the Court's Scheduling Order dated November 23, 2004 provides that "[t]he parties may extend the final deadline for fact discovery or the deadlines for expert discovery for a combined total of up to thirty days by mutual written agreement filed with the Court."

7. In addition, Paragraph 1.d. of the Scheduling Order states:

> Motions to extend or modify deadlines will be granted only for good cause shown. Good cause may be shown where discovery has been delayed or a deadline otherwise has been affected by the time taken by the court to consider a motion.

8. As such, under the Scheduling Order, the six-month delay in the resolution of the Motions to Stay and for Leave to File Amended Complaint constitutes good cause to modify the deadlines. As such, the parties request a ninety (90) day enlargement of the scheduling deadlines.

9. The parties believe that all fact discovery and depositions can be completed within a ninety (90) day enlargement. The depositions which the parties intend to take include, at least, the following:

    (1) Ernest E. O'Brien, president of R.W. Granger & Sons, Inc.;

    (2) the Fed. R. Civ. P. 30(b)(6) deposition of Wausau;

    (3) Richard DiNicola, claims adjuster for Wausau; and

(4) Patrick Janes, claims adjuster for Wausau.

10. A ninety (90) day enlargement is reasonable because of the pre-existing commitments of counsel in this case, as well as summer vacations.

11. By way of example, on May 24, 2005, counsel for Wausau noticed the deposition of Ernest E. O'Brien, the President of R.W. Granger & Sons, Inc. ("Granger") for June 14, 2005. However, due to scheduling conflicts, Mr. O'Brien's deposition could not go forward on that date and after conferencing telephonically, it was determined that the earliest possible date that all counsel and the witness could attend a rescheduled deposition was July 13, 2005.

12. The ninety (90) day requested enlargement is reasonable in view of the six-month pendency of the Motions to Stay and for Leave to File Amended Complaint, will not unreasonably delay the progress of this case, and will not prejudice any party.

WHEREFORE, the parties respectfully request that the Scheduling Order be modified as follows:

4. **Fact Discovery - Final Deadline.** All discovery, other than expert discovery, must be completed by September 30, 2005.

5. **Status Conference.** A status conference will be held on October 7, 2005, or as soon thereafter as convenient for the Court.

6. **Expert Discovery.**

a. Plaintiff(s)' trial experts must be designated and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by October 31, 2005.

b. Plaintiff(s)' trial experts must be deposed by November 30, 2005.

c. Defendants' trial experts must be disclosed by October 31, 2005.

    d. Defendants' trial experts must be deposed by November 30, 2005.

7. **Dispositive Motions.**

    1. Dispositive motions, such as motions for summary judgment or partial summary judgment and motions for judgment on the pleadings, must be filed by December 31, 2005.

8. **Pretrial Conference.** A pretrial conference will be held on February 15, 2006, or as soon thereafter as convenient for the Court.

| PLAINTIFF,<br>EMPLOYERS INSURANCE COMPANY OF<br>WAUSAU<br>By its attorneys, | DEFENDANT,<br>IACCARINO & SON, INC.,<br>By its attorney, |
|---|---|
| */s/ John F. Brosnan/* | */s/ Thomas J. Conte/* |
| James E. Harvey, Jr./BBO #224920<br>John F. Brosnan/BBO #556678<br>O'MALLEY and HARVEY, LLP<br>Two Oliver Street, 9th Floor<br>Boston, MA 02109-4908<br>Tel: 617-357-5544<br>Fax: 617-204-3477 | Thomas J. Conte/BBO #566092<br>James P. Hoban/BBO #633929<br>BOWDITCH & DEWEY, LLP<br>311 Main Street<br>P. O. Box 15156<br>Worcester, MA 01615-0156<br>Tel: 508-791-3511<br>Fax: 508-756-7636 |

<table>
<tr><td>

DEFENDANT
R.W. GRANGER & SONS, INC.,
By its attorney,


_____
John W. DiNicola, II/BBO #629618
HOLLAND & KNIGHT, LLP
10 James Avenue
Boston, MA 02116
Tel: 617-523-2700
Fax: 617-523-6850

</td><td>

DEFENDANT,
KMD MECHANICAL CORPORATION,
By its attorney,


_____
Emanuel N. Bardanis/BBO #634104
CORWIN & CORWIN, LLP
1 Washington Mall
Boston, MA 02108
Tel: 617-742-3420
Fax: 617-742-3420

</td></tr>
</table>

Dated: June 27, 2005