UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EMPLOYERS INSURANCE COMPANY, )<br>OF WAUSAU, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>IACCARINO & SON, INC. )<br>R.W. GRANGER & SONS, INC., and )<br>KMD MECHANICAL CORPORATION, )<br>    Defendants. ) | CIVIL ACTION NO. NO. 04-40127 FDS |

## ASSENTED TO MOTION TO RESCHEDULE THE STATUS CONFERENCE

Counsel for the plaintiff Employers Insurance Company of Wausau ("Wausau") now moves to reschedule the status conference presently scheduled for Thursday, October 13, 2005 to Tuesday, November 8, 2005. As good grounds for its motion, Wausau states as follows:

1. Counsel for Wausau will not be able to attend the October 13, 2005 status conference as it is Yom Kippur.

2. All parties have assented to this motion and have agreed to rescheduling the status conference to November 8, 2005 at 3:00 p.m.

WHEREFORE, Wausau respectfully requests that the Court reschedule the status conference to November 8, 2005 at 3:00 p.m.

| | |
|---|---|
| PLAINTIFF,<br>EMPLOYERS INSURANCE COMPANY<br>OF WAUSAU<br>By its attorneys,<br><br>/s/ John F. Brosnan<br>_____<br>James E. Harvey, Jr./BBO #224920<br>John F. Brosnan/BBO #556678<br>O'MALLEY and HARVEY, LLP<br>Two Oliver Street, 9th Floor<br>Boston, MA  02109-4908<br>Tel:  617-357-5544<br>Fax: 617-204-3477 | DEFENDANT,<br>IACCARINO & SON, INC.,<br>By its attorney,<br><br>/s/ Thomas J. Conte<br><br>Thomas J. Conte/BBO#566092<br>James P. Hoban/BBO #633929<br>BOWDITCH & DEWEY, LLP<br>311 Main Street<br>P. O. Box 15156<br>Worcester, MA  01615-0156<br>Tel: 508-791-3511<br>Fax: 508-756-7636 |
| | DEFENDANT,<br>R.W. GRANGER & SONS, INC.,<br>By its attorney,<br><br>/s/ John W. DiNicola<br><br>John W. DiNicola, II/BBO #629618<br>HOLLAND & KNIGHT, LLP<br>10 James Avenue<br>Boston, MA  02116<br>Tel: 617-523-2700<br>Fax: 617-523-6850 |

|  | DEFENDANT,<br>KMD MECHANICAL CORPORATION,<br>By its attorney,<br><br>/s/ Emanuel N. Bardanis<br><br>Emanuel N. Bardanis/BBO #634104<br>CORWIN & CORWIN, LLP<br>1 Washington Mall<br>Boston, MA  02108<br>Tel: 617-742-3420<br>Fax: 617-742-3420 |
|---|---|