UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


Employers Insurance Company of
Wausau,
        Plaintiff(s),                          CIVIL ACTION

        V.                                     NO. 04-40127-FDS



Iaccarino & Sons,
        Defendant(s),


SETTLEMENT ORDER OF DISMISSAL


Saylor, D. J.


    The Court having been advised on ___January 18, 2006_____

that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and

without prejudice to the right of any party, upon good cause shown, to reopen the

action within sixty (60) days if settlement is not consummated.



                                    By the Court,



___January 19, 2006___              ___/s/ Martin Castles_____
        Date                        Deputy Clerk