UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.
04-40127-FDS

EMPLOYERS INSURANCE COMPANY OF WAUSAU,

    Plaintiff,

v.

IACCARINO & SONS, INC., R.W. GRANGER & SONS, INC. and KMD MECHANICAL CORPORATION

    Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Employers Insurance Company of Wausau, Defendant, R.W. Granger & Sons, Inc. ("Granger"), Defendant, KMD Mechanical Corporation ("KMD"), and Defendant, Iaccarino & Son, Inc. ("Iaccarino") hereby stipulate that all claims, counterclaims, cross-claims, and third-party claims that were or could have been brought against all parties to this Action be dismissed with prejudice without costs, waiving all rights to appeal to any party and with each side bearing its own attorneys' fees and costs.

3516293_1.DOC

        Respectfully submitted,

        R.W. GRANGER & SONS, INC.

        By its attorneys,

        HOLLAND & KNIGHT LLP


        By: __/s/ *John W. DiNicola, II*_____
            John W. DiNicola, II (BBO#629618)
            10 St. James Avenue
            Boston, MA 02116
            (617) 523-2700 (telephone)
            (617) 523-6850 (facsimile)

Dated: February 15, 2006


        Respectfully submitted,

        KMD MECHANICAL CORPORATION

        By its attorneys,

        CORWIN & CORWIN, LLP


        By: __/s/ *Emanuel N. Bardanis*_____
            Emanuel N. Bardanis, Esquire
            One Washington Mall
            Boston, MA 02108
            (617) 742-3420 (telephone)

Dated: February 15, 2006

Respectfully submitted,

IACCARINO & SON, INC.

By its attorneys,

BOWDITCH & DEWEY LLP


By:   /s/ *Thomas J. Conte*
    Thomas J. Conte
    311 Main Street
    P.O. Box 15156
    Worcester, MA 01615
    (508) 926-3415 (telephone)

Dated: February 15, 2006

Respectfully submitted,

EMPLOYERS INSURANCE COMPANY OF WAUSAU

By its attorneys,

O'MALLEY & HARVEY, LLP


By:   /s/ *John F. Brosnan*
    John F. Brosnan
    Two Oliver Street, 9th Floor
    Boston, MA 02109-4908
    (617) 357-5544 (telephone)

Dated: February 15, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on this the 15th day of February, 2006, I served a copy of the Stipulation of Dismissal by first class mail, postage pre-paid, upon:

    James E. Harvey, Jr., Esquire
    James F. Brosnan, Esquire
    O'Malley and Harvey, LLP
    Two Oliver Street, 9th Floor
    Boston, MA 02109-4908
    (617) 357-5544
    Attorneys for Plaintiff

    Thomas J. Conte, Esquire
    Bowditch & Dewey LLP
    P.O. Box 15156
    311 Main Street
    Worcester, MA 01615-0156
    Attorneys for Iaccarino & Sons, Inc.

    Emanuel N. Bardanis, Esquire
    Corwin & Corwin LLP
    One Washington Mall
    Boston, MA 02108
    Attorneys for KMD Mechanical Corporation


                                        /s/ *John W. DiNicola, II*
                                        John W. DiNicola, II

# 3516293_v1